UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lucas Connor | ) | |
|     *Plaintiff* | ) | |
| v. | ) | Civil Action No. _____ |
| Bernard and Janet Goldsmith | ) | |
|     *Defendants* | ) | |

## ATTACHMENT – MORE ABOUT ALLEGATIONS AND RESTITUTION

1. This is a further description of why I'm filing a case for Defamation and Intentional Infliction Of Emotional Distress against Bernard and Negligence against his mother.

2. I understand that the statute of limitations on defamation is one year, so I'm limiting that allegation to a series of incidents that took place starting 9/22/24 and on an ongoing basis (paragraphs 55-57). As far as I know the statute of limitations on infliction of emotional distress is two years, so I'll explain more of what happened (paragraphs 12-59), including context necessary to understanding it (paragraphs 3-11). His mother, Janet, has not neglected him and she's very sweet, and he has abused her too, but I'm naming her because she may have neglected to adequately intervene in parts of his situation that she knew to be endangering the general public (paragraphs 58-59).

3. Bernard and I met on Twitter in March of 2021 and quickly became sexually involved online. He initiated and I liked him. He lives in California and I live in Massachusetts, we've never met face to face. We were both in full isolation due to the covid pandemic, and were glad to have long-distance company. I was in very bad condition around that time, weighing

85lbs and unable to slow my weight loss due to severe gastroparesis. He helped me stabilize my weight, and so I wasn't just in love, I was very loyal and felt like I owed him. He said he had lupus and bipolar disorder, which I was happy to help with and help him get his life together as he was asking me to do. This is context, I'll be quick. The short version of what happens until July 2022 is that he was building up a following on social media for jokes and posting about covid safety, from around 5k to around 20k followers.

4. Around July in 2022, he had a severe manic episode and abandoned his apartment in Woodland, CA. He deleted his Twitter account (@Falconryfinance), and while it was deactivated, he left his apartment unlocked, invited hobos to "guard" it, and moved to Crescent City. He eventually rented a commercial space there which he has lived in for the past two years, and just received an eviction notice from, he's in the process of vacating that space as I write this.

5. I called him in September 2022, before he was able to lease the space, and he did pick up. He thanked me for kind of getting a tether on him, because he was just living in a car at the beach. He reactivated and reestablished contact with people. But he was talking about the movie Three Brave Men (1956) and how his grandfather Ernst Goldsmith wrote it. His grandfather didn't write it. He was also expressing delusional ideas about a judge in Davis, CA named David Rosenberg, saying that the man was out to get him and had changed an old newspaper article to make him look crazy.

6. On September 11, 2022 I contacted his ex-wife Ariana Brill on Linkedin and expressed concern, urging her to do something and to contact his mother for help. (I didn't contact his mother myself until much later). She said that they were aware of the situation and doing what they could, but nobody traveled to meet him. I didn't tell him that I contacted her.

7. He was asking to be put in contact with various people, and I tried to reach all of them. He said he wanted to speak to his aunt Francesca Goldsmith, his cousin Frederick Goldsmith, a woman he knew who was the former head of NAMI or a similar org (which sounded like a good idea), and another man who was a city official who I did call and get a call back from. That call didn't go anywhere because he returned it while I was sleeping and I had no idea why Bernie was trying to reach him. He wanted to speak to the TrueAnon podcast about Judge Rosenberg's conspiracy, and I did contact them – I urged them to go over the evidence he said he had in the hopes that they could show him it wasn't adding up. He didn't want to show anybody but them the alleged evidence. They said it sounded like he was having a psychotic break, but they didn't want to go over it with him.

8. He also began complaining about an infection in his hip. [I'm truly sorry for the length, but this is all relevant. It's context for the intentional infliction of emotional distress claim and for what I mean by negligence. The "intentional" part will be clearer shortly, but this is context because he seemed so physically and mentally ill at that time, and I was doing everything I could with the little resources I had to get him help including from his own family.]

9. By "infection in his hip", here's what he meant. Several years ago he had a unilateral hip replacement, part of his femur is a metal implant or similar. He was experiencing pain and heat in it, and attributed those sensations to an infection. I didn't have a reason to doubt it at the time, and believed he had an infection until later when his tests all came back negative. In light of the negative tests, the hip pain is very likely bruising from an injury he sustained moving a large freezer just before he fled to CC, the timing and placement line up. He tried to get a huge outside freezer up a small flight of stairs with rope or something, at the time he said he hurt his hip pretty bad.

10. To sum up so far: as of winter 2022, A) we had been involved romantically online for a year and a half, B) he was living in an office in Crescent City, C) I believed he needed help with both a psychotic break and a bone infection. He was also complaining of bone infections in both shoulders, and I didn't know much about his health situation other than he'd had this problem and needed a bone replacement before, so I took it at face value and worried.

11. We were planning to move in together at that time, or more accurately, he was insisting that he had an apartment lined up for me that was being built in part of a bar, and I didn't believe him and was planning to have my parents help me get a place there. I thought, if he's having all these problems but he saved my life, I would have to support him. I started learning to code.

12. He went to the hospital in Crescent City, but they said they couldn't help him. He also said that he couldn't get Benlysta up there, which is a medication he needed for his lupus. He said this meant he would need a false address in San Francisco to move his HMO there and go to a better facility. This was in Nov-Dec 2022. Everything from this point on is pursuant to the intentional infliction of emotional distress claim, but again, the defamation that I'm actively suing for is limited to the events starting 9/22/24. What happened is so egregious and bizarre that it's going to take a minute to describe, but everything I put down is essential to conveying the situation.

13. We asked everybody for a place he could use. Both of us begged everybody. I believed he had infections at that time, that he needed extensive surgery, and that there was a ticking clock that might kill him any day. He was describing the shoulder surgeries as requiring six weeks of recovery time, so we were planning for me to go over there and be a surgical aid for him while he had both of his arms in casts. You know, like wiping his ass and stuff. I don't know

why he thought they both had to be done at the same time like that, but I figured he knew more about it. We didn't go over that part in detail – he wasn't leveraging ass wiping as an insult, but rather just stressing that he would die if I didn't help him.

14.     Some background on what I'm about to describe: When Bernie was married, his wife Ariana started a health care access agency for trans patients, that helps them navigate the marketplace and get signed up. I am female-to-male trans, I came out in 1999 and was on testosterone from 2005-2009, but that's all, I look very feminine. When we met, I was actually doing some activism about it, and sharing a language memo I had written. I showed it to him and we talked about it. It's something I'm very open about and we talked about it many times, he saw my face many times, he saw me naked many times for two years. Which is why it was such a shock when this happened.

15.     In late January 2023, he asked me for a selfie like he usually did. And I wasn't feeling very well or something, so I hadn't shaved in this picture. And he lost his mind all of a sudden. He started saying I hadn't told him and "Now I'll have to find a legit wife". I think some of this was over the phone and I don't have a recording of it, but I've never seen anything like it. I have some screenshots of him apologizing for it and I think I have the picture. It might not be the best picture, but he was trying to accuse me of lying about having facial hair for two years in order to enact this rage about it. He calmed down after and we made up for a short time, but about a week later, somebody came forward with an address in San Francisco for him to use.

16.     A woman with a brand new Twitter account that was locked showed up and friended him, and offered him an apartment to use. It was clear that this account was made just to contact him privately, it wasn't engaging with other people. It's been deleted, but I do have screenshots of all this. Her name is Allison Elaine Crandall, aged about 33 at the time. He

introduced her to his group chat, to about 70 people including myself. She said she was a Bitcoin multimillionaire, and so he was immediately planning to marry her. He offered to hire me as their nanny when they have kids within two weeks of meeting online, before he even got to the apartment. We had been planning to start a family, but for some reason being hired as their nanny didn't strike me as similar.

17. They made arrangements for him to visit for the week of his 40th birthday, in mid-February. I was elated because he was getting help, jealousy is manageable for me and sleeping with her isn't part of the distress claim, but that was the arrangement. I figured he would dump me and was pretty depressed about it, but the main thing to me was seeing him through alive, so I figured I'd wait to leave entirely until after his surgeries. He kept insisting he still wanted me and "didn't want anyone else", but he had already offered to hire me as a nanny so I didn't believe him. Breaking up is how it goes sometimes, that's life, that's not part of the claim. The nanny thing is though.

18. She was incredibly shady from the outset as I described, but there was more to it. He showed me a website that he claimed was hers. It was a totally generic template website with no content, vesper-consulting.com, that was registered in Russia. I couldn't look it up on ICANN, it was registered on the Russian internet. It's been deleted completely, but I checked some months later and it was a similarly generic Chinese-language commerce site.

19. When he got there, he described a vault-type room in this apartment that contained a multitude of handbags, possibly counterfeit or stolen. He said it had a wall that served as a wine rack and security cameras everywhere. She was out of town when he arrived around Feb 9, she got there a day or two later and had a key sent ahead to him.

20. The same day he arrived, or maybe the day before or after, a well-known Twitter user named Radmilk was shot and killed by police while threatening his wife. This is very important.

21. When Allison arrived at the apartment she brought a brick of cocaine with her. Bernie said it was a brick, and that may have been an exaggeration but it did last him more than a week. I didn't see it so I can't estimate. He said she was an extremely heavy user.

22. In 2021, a man named Michael Duga who used to work for some Democratic campaigns confronted Bernie very aggressively about his cocaine use. I didn't know him well at the time and defended him. I've tried to apologize to Mr. Duga.

23. On February 12th, Bernard started going viral for posting about the train derailment in Ohio. One example: https://x.com/FalconryFinance/status/1624725690070486565

24. Marjorie Taylor Greene used his posts about it in a video and the AP said the messages they were both spreading were Russia-based disinformation. His follower count increased from around 20k, where it had been steady for a long time, to around 40k within a few days. To an outside observer it looks like most of them were purchased and that these posts were connected to his use of the apartment.

25. Allison left him there alone again after a couple of days, and she left the brick of cocaine with him. This was fine at first because he was mainly in town to see doctors. But after a while he got bored. On February 20th 2023, he did so much blow that he started threatening former mayor Lucas Frerichs and police chief Darren Pytel of Davis, CA and didn't stop for 12 hours. These are people that he knows personally, Bernard used to be on the Davis City Council.

26. The chief was threatening to 5150 him. And maybe he needed it. But remember, Radmilk had just been shot a week prior, and Bernie just wanted to fight. All I could picture was him getting shot if they showed up. And I still believe he would have run at them or something, it was not a good scenario. I was begging him to stop and he kept blocking me, everybody was begging him to stop though. I wanted him to get home safely and be able to see the doctors he needed to see.

27. After many hours of this, I DM'd Allison my phone number and told her to call me. She was in Washington state watching this on her security cameras, freaking out. She wanted to kick him out but didn't have a way to make him leave. I thought he needed her address for genuine health care reasons, so I wanted to calm her down. I said that the Benlysta was interacting with alcohol and that he'd been sober for a year, and that he was bipolar. I said these things to make her kind of forgive him enough to use the address in the future on paper at least, and it worked.

28. I wrote to chief Darren Pytel and told him that some of us were in the apartment with him and couldn't get his phone, but that he would go to bed and not come to Davis and attack the former mayor. Chief Pytel accepted this and agreed to drop it if Bernie would stop the threats. Again, I regret this, but introducing a gun to that situation would have been worse.

29. Two additional things are key here. One is that while he was on this drug binge, he missed an appointment for a brain scan, which was among the primary reasons he had to arrange all this in the first place. Two is that Allison had also given him veterinary antibiotics made for fish to cope with the infection he thought he had.

30. Bernie slept it off and drove home the next day. Allison watched him clean up on the cameras. She thanked me and said he was lucky to have me. He was appreciative too, for about two weeks.

31. At first, he was glad to be safe. He was swearing it was horrible and that he didn't want to go back, and that he would use a hotel. But as the remaining rocks worked their way out of his sinuses, he started to miss the intake, and he changed his mind. On March 6th, he fought with me about wanting to go back, and he was most angry that I said he shouldn't take self-prescribed antibiotics when tests aren't indicating an infection.

32. But first, on March 3rd, he started a discord server. His stated intention for a while had been to start a cult, but I was kind of figuring if he had a stabilizing influence he wouldn't do that and might just write. His stated intention for the discord server was to manifest this cult into an organized group of people. He invited mainly young Twitch streamer type people and men in their 40s-50s from SomethingAwful.com, but also had an open invitation and got around 2-3,000 participants there.

33. Since this was supposed to be cult recruitment, he put a channel in there for nudes. And without really thinking about it, since we were together, I posted some of mine. But when I saw the other photos that people were posting I took mine down and expressed massive discomfort with how young they were. Like these weren't even just young people – one in particular was digitally altering her photos to look underage and I was horrified. And there was another channel where posts were anonymous, so you couldn't even tell which user it was ostensibly a photo of.

34. On March 8th, Bernie posted a screenshot in the discord. I'll provide an image so you can see what I mean. He was showing us some text messages. These text messages were between him and someone else, and he was talking about me, talking about our plan to move in together. He was saying he was going to get me over there at any cost. I was surprised, since we'd just had that fight about the antibiotics, but I was happy. Then I asked him, "Who are those texts with?" And he says, [The 25 year old chick who's posting the digitally altered nudes].

35. I lost it on him a little bit. And when I say a little bit, I mean I went off about it in a thread but deleted it and apologized within a couple of hours. I felt like he was using the "idea" of me moving there to make a young and impressionable trans-identified person feel like he's safe to, for example, run away and live with, because he was presenting this group concept as like a communal living arrangement for marginalized or vulnerable people. I was ready to shut up about it though, because I genuinely still believed that he was dying and needed to be seen through some manner of surgeries before it would be right to leave him alone, and that he was making bad decisions possibly due to an illness.

36. This is when things took a turn. During that fight, about "she's too young" and so on, but after I apologized, he started accusing me of causing him the problem in San Fransisco. He said I almost got him kicked out. He was framing it as if his dealer was fine with him threatening the police until they wanted to raid wherever he was, but that telling her he'd been sober a year made her want him gone.

37. I tried to show him the messages from her thanking me and saying he could use the place again. This is where his violence becomes overtly deliberate. He was invested in telling his new "cult participants" that I had caused him a problem that happened two weeks before he gathered them. He started telling them that I was a stalker that he was never involved with and

that I had nearly gotten him killed in San Francisco, and nearly cost him access to that HMO. That fast – within days of telling a third party how eager he was for me to move in. He was not describing something that he believed or a delusion, he made overt efforts to hide contrary evidence and requests for corrections.

38. I was so sickened by this lie. And physically, the stress of all this was so hard on me that I had to quit drinking caffeine for an entire month, which has never happened before. I lost like ten pounds in under two months, that I'd worked so hard to gain for over a year with his help. (He had been calling me and waking me up every few hours to drink whole milk for months and months, which is how my weight loss was mitigated during that time. This was his idea, not something I was asking him to do.)

39. I intervened on the 20th because I have experience in serious situations like that and I knew what to do. I take pride in being able to resolve situations like that, and I went out of my way to save not only his life, but his connection with this drug dealer he was cheating on me with so he could use her address for health insurance. Impugning my sense in an emergency like that, with stakes like that, after what I did worked so smoothly, as a form of social revenge, is over a serious line. But like I keep saying, I believed he was dying and also having a medical mental episode of some type, so I kept trying to show him the truth and get a public correction.

40. What he did in response is, he kept escalating and encouraging his followers to physically threaten me. He gave out my address in DMs. They "joked" about mailing me shit from animals. I have a mail room in my building, they're talking about subjecting hundreds of people to that who mostly aren't me. And this was still in March-April 2023, this was early on. They were talking about how he got the Secret Service to visit Lowtax and threatening to get a posse and beat me.

41. Like I said, I'm on Social Security for weight loss and I'm female-to-male trans that came out in 1999 – when I was 14, my mom took me to see Boys Don't Cry in theaters and told me "I hope that changes your mind about wearing boys' clothes". He had people who had been friendly with me for a long time making physical threats, both because of the lies he was telling and because I was asking him not to lie about me. What he did isn't just a hate crime, it's like the vision of a nightmare of the entire community waiting to kill you, like being the only black person at one of those white people slumber parties that ends with a missing person. Like a pogrom. Ironically it's also the plot of Three Brave Men (See also section 6 of this complaint), where the protagonist, whose name is also Bernie Goldsmith, is falsely accused of being a communist and kicked out of the navy.

42. I kept asking for a correction in a conciliatory way for months. Even as he made the most disgusting overtures at the digitally-altered-photos girl (posting to everyone "You look just like my first girlfriend"), including snuff fetish stuff which started within a week or less of them meeting, and even as she kept emphasizing her role as a child impersonator (wishing she'd been on puberty blockers forever and things like that). I was still relatively conciliatory because I still believed he was dying or so mentally ill that he wasn't rational, and needed some more supervision than the cult-enabling posters until he could get help. He treated me like shit constantly in this time, but I still thought he didn't deserve to just wander off into a crowd of people who think his health is a joke and die.

43. But then in May, one night, I was minding my own business, and he started posting that I had called the cops on him. He was telling his followers that I was swatting him. I still don't know if he had an encounter with police that day, but after that I got mad.

44. That's when I started really fighting with his people, who were harassing me like flying monkeys. And this went on for months. He kept accusing me of random crimes. He said I called the police on him at his hospital. Later he admitted that he was just in the hospital yelling and police showed up.

45. In addition to asking for a correction, I was also telling him to get a motel room and to stop taking the fish antibiotics, which he kept taking for over a year in randomized fistfuls. He ended up buying four different kinds and just mixing them at one point. He was living in a commercial space in a strip mall with no running water, never using the gym or getting a motel room. When I was homeless, I would go bathe in these places, and he was not bathing. He would sometimes approximate it with a bucket, in this office. So I was at him to get a motel.

46. One day in June or July of 2023, I went and got a link for an old Gofundme he did that was still active, so that I could share the link and money would go directly to him. I said, "People, give him some money. He won't go to a hotel, and it's true he can afford it, but maybe it feels like an unnecessary expense to him and we can pressure him to do it by raising money. So let's buy a room for him, maybe a few nights."

47. Unbeknownst to me, in secret, his mother Janet was reading my tweets. This is a good thing, I was really glad she was watching over him when I found out. She was reading my tweets in total secret and she donated $100 anonymously to this Gofundme, which is incredibly good of her. She was looking out for her son and me at that time. But what HE did is:

48. He emailed me "Leave my mom alone" and started telling everybody that I had A) Tracked down her phone number, B) Told her a series of falsehoods, and C) Extracted the

money from her by these means. When you donate anonymously to a Gofundme, only the organizer can see it, so I just saw "Anonymous" and he saw her name on it. But then instead of asking her about it or changing his story when he found out the truth, he kept telling 40,000 people that I'd called her on the phone and robbed her. His followers include journalists, politicians, and hundreds of people who know me because we were close so long.

49. It went on like this for several more months. Constant degradation for trying to get a correction, and I couldn't afford to travel to sue – I just wanted a correction and nothing else, I wasn't even asking for an apology at that point. But even what I went to college for, the whole point of the field of psychology is to prevent pogroms, so I had to find the mechanism that would result in a correction, given that he was lying in order to drive a crowd to attack someone who was a random low-status stranger to them. Not just for my safety, but for everybody's. It's what the field of psychology was modernized after WWII in an attempt to prevent. Erich Fromm only had a career because this was a problem that was killing people.

50. It took until the end of April 2024 to get a correction. He did issue one for those things, as much effort as he put into tormenting me for the intervening year. He had me write it for him and I was very sick that day. I was on my period, which is extreme and debilitating. I was in so much pain that I could barely see, but he was demanding that I write my own correction for him, so it was just a bulleted outline that I had hoped he would expand on. He didn't, but it was technically a correction.

51. The mechanism that led to this correction was writing to his mother. Almost a year after he first accused me of contacting her, I did. I said to her that I would need to subpoena her if he was going to continue to lie in this way. I said she would have to testify against him if he wouldn't issue a correction, because unfortunately, the most straightforward lie to disprove

was about her. A few days after that, he did issue the correction described in 51. I got a statement from her to the effect that I had never contacted her previously, which was enough for that.

52.     However, in the intervening year, the war between Israel and Palestine had started. And he was spreading war disinformation to promote antisemitism. I mean wild lies, not unfavorable information. He reposts video game footage pretending it's war footage and explicitly states elsewhere that he knows it's fake, things like that. One recent example is the pager attacks – he claimed that they were in the general commercial distribution chain being sold to everybody, and that motorcycles and washing machines were also blowing up. You can see how that's anti-Israel and meant to stir up hatred, but it's also not helpful to Lebanese people who blocked him for confusing people in an emergency.

53.     I take this war disinformation personally for the same reasons I described before. He's telling people to protest at synagogues and light themselves on fire. It's not normal war opposition, it's pogrom incitement. I made my objection to this behavior clear before he issued the correction in April 2024, I'm not going to just skip off with my correction while he's treating like 70% of the world's Jewish population the same way. Yes, I know he is and I'm not, it's not ideological, I have family. I have little cousins trying to go to school in this.

54.     So, I kept at him and he kept escalating. He's been unbelievably cruel, not only in dragging this out, but also in doing things like aggressively mocking me in public for my health and the painful way I'm going to die, which brings us basically to now, and the complaint of defamation that I'm filing for.

55.     On 9/22/24, he posted an image of a package with both of our addresses uncensored on the front. This is a package of Hot Hands brand hand warmers in their original

plastic packets that I sent him in November of 2022, when he was sleeping on a cold concrete floor in that office in the winter. It also has the date of delivery on the front, so some (but not most) of his followers noticed it was from two years ago. He never opened it, which is whatever, but he decided to post about it last month. He said he had just received a note from me, and that in this note I told him the box contained menstrual blood he was supposed to consume orally.

56. His followers not only attacked me for the claim having been made in the first place, as if they believed it, but they also attacked me for telling him to report it to the police. They threatened to send me things and they've made non-postal threats. He took it down after a few days, but he reposted it again verbatim on 10/11.

57. On 10/12, he posted not only my address, but a map to my apartment building and explicit instructions to swat me "like [I] did to him". That post is still up as of this writing. I've been in contact with his local police but the mall locks the outer doors over the weekend, so they'll get there to ask him to take it down when they have time. I think they can't do anything binding, but even one person other than me asking him to take it down would be a start.

58. As to Mrs. Goldsmith, she knows more about his medical diagnoses than I do. We can establish that a lot of this was just pure malice on his part, but he also has some mental symptoms at times that lead him to not really be able to manage himself. He needs more direct intervention. Like in Woodland, he kept taking the doorknob out of his door and replacing it with a sock. That's the same place that got robbed. I was screaming for help, his tweets were public with this huge audience, nobody he knew was showing up, and I couldn't travel there.

59. These situations he caused without intervention have kept snowballing and now he's out here trying to start a "Marxist Rajneeshpuram cult", whereas in 2021, he spent an hour

telling me unprompted, "Nobody claims to have read Marx unless they're trying to rape undergraduates". He's out here telling 19 year olds what a hero he thinks Aaron Bushnell should be to them. And he's been explicit at times that defamation to a mob like he committed against me is knowingly done by people with an intent to kill. He knows exactly what he's doing, he's educated on the history of using tropes and lies in that way, and he's talked about it many times. He's made it clear on multiple occasions that he is not saying the things he's said about me because he believes them, but rather as an intentional act of violence and incitement of a crowd to violence. But he may not have a normal moral sense or something similar for medical reasons. If there is medical information that would lead a reasonable person to put him in a conservatorship or like that, the public is being endangered by neglecting to put him in one, or to stop or contain him by other means such as court ordered treatment or having someone responsible checking on him who can physically intervene sometimes.

## RELIEF BEING SOUGHT

A)   $76,000, or whatever pleases the court, to be remitted to my father Rodney Shilling, because I'm a Social Security recipient and can't have money. My parents work together to pay my rent, and it's reported to the SSA and factored into my benefit amount. That rent goes up annually but it's $1413/mo right now.

He has emphysema and works a hard labor job in the Arctic. We're from Fairbanks, Alaska and he still lives there, but he pays my rent in Massachusetts so that I will be able to see doctors. My mom lives in South Carolina and her husband just got diagnosed with ALS. My dad will work with them to share whatever is remitted to him.

B)  I'm asking for this from Bernard, and as far as I know he can afford it on his own, especially if he's able to work, which he claims to have done recently on the PPP program as a senior attorney. But the thing is, he's been served an eviction notice from the commercial space he's living in and the address is only valid through 10/31/24 or whenever he vacates, and he's talking about trying to live on the road in a van. Otherwise he would be living with his mother Janet. I don't fully know their situation but he does need a cosigner or he'll just try and live under a bridge to avoid paperwork. So I'm asking for her to be like a type of cosigner or guarantor, which also ensures that there's a steady address to reach them at. Mail sent to her does reach him.

C)  I'm also requesting a public apology to be pinned for two weeks on his Twitter account, and for him to stop lying about me and inciting terrorism against me, my building, my neighbors etc.

D)  Additionally, I'm requesting that he pass around the donation link for Fairbanks's soup kitchen as a way for his 44,000+ followers to make up for joining in. https://breadlineak.org/donate/

E)  And I want him to apologize to Janet too. Like a court order for him to give a written apology to his mother.

DATED: 10/17/24

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581