**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF MASSACHUSETTS**

FILED IN CLERKS OFFICE
MAR 3 '25 PM4:14 USDC MA

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| and JANET GOLDSMITH, | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

**COPY OF SPOILATION LETTER**

Because it's time sensitive, although they haven't been served yet, I sent a spoilation of evidence letter to Bernard and Janet. I emailed them a PDF of it, and Bernard acknowledged receipt of a copy on Bluesky. I'm also sending them each a copy by certified mail.

It requests that they take particular care to preserve the box Bernard posted images of in September and October, which I sent in 2022, along with claims that he had received a note that it contained blood. The box was unopened at the time of his posting.

It also requests that they take particular care to preserve the note he said he received. He never posted an image of it, but they need to make sure and keep that where they can see it so that it doesn't get lost. It would be a real shame if that note he said he got were somehow misplaced, because it would prove that his claims about me were true.

He said I mailed him dead birds too, but I didn't find that out until after I wrote the letter. Hopefully he reported those to the police at the time of delivery, although he refused to report/give them the alleged blood or alleged note, which he therefore still has.

DATED: 03/03/25

Respectfully submitted,

Lucas Connor

Lucas Connor, Pro Se

297 Turnpike rd. Apt 108

Westborough, MA 01581