**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| and JANET GOLDSMITH, | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

# REQUEST FOR PRESERVATION

To: Bernard and Janet Goldsmith, esq and esq.

From: Lucas Connor, Pro Se

This is a formal notice to preserve evidence relating to the defamation claim in this case. This is inclusive of but not limited to electronic records such as all communications between me and either of the defendants, and also the discord server run by Bernard.

Special attention needs to be paid to preserving the unopened box I sent Bernard in November of 2022, which he claimed in December of 2024 (to his audience of around 44,000 people, including journalists and people that I know) contained blood.

Similar special attention needs to be paid to preserving the note that he claimed to have received saying that this box contained blood and "instructions to consume the blood orally as a tea".

This box and this note are central to the facts of the case. Since he was so distressed by what he said happened, but declined to provide those items to any police department, he'll have no problem producing those I'm sure. But just in case, here's a formal notice to keep those ready to show the judge.

Janet, please be kind to him and make sure he doesn't lose track of those.

DATED: 02/13/25

Respectfully submitted,

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581