UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lucas Connor | ) | |
| 297 Turnpike rd. Apt #108 | ) | |
| Westborough, MA 01581 | ) | Civil Action No. 4:24-cv-40127-MRG |
| v. | ) | **AMENDED COMPLAINT** |
| Bernard Goldsmith | ) | |
| 1113 Kent Dr. | ) | |
| Davis, CA 95616 | ) | |
| | ) | |

AMENDED COMPLAINT

1.      Plaintiff brings this action against Bernard Goldsmith for Defamation and Intentional Infliction of Emotional Distress.  Previous complaint had named his mother Janet Goldsmith as a codefendent, but Plaintiff would like to withdraw that and proceed solely against Bernard.  Background information and context will be paragraphs 1-7, the charge of IIED described in paragraphs 8-12, and the charge of defamation described in paragraphs 13-14.

2.      Plaintiff and Defendant met online in early 2021 and developed an intimate relationship.  They were both quarantining for covid and avoiding travel during that time. Plaintiff suffers from serious chronic medical conditions, including classical Ehlers-Danlos Syndrome, gastroparesis, extreme weight loss, and related complications. These

conditions significantly limit Plaintiff's ability to function and render Plaintiff highly vulnerable to emotional stress. Defendant was aware of Plaintiff's health from the beginning and initially offered advice and support that helped Plaintiff medically and emotionally.

3. At the beginning of their relationship, Defendant informed Plaintiff that he suffered from bipolar disorder and lupus. Over time, Defendant claimed that his medical condition was rapidly deteriorating, repeatedly stating that he was dying and that he had avascular necrosis in both arms. Plaintiff believed these representations and provided extensive emotional support, encouraging him to trust his doctors.

4. In fall of 2022, Defendant abandoned his apartment and moved to Crescent City. He rented a commercial space in a strip mall to live in. Plaintiff was extremely worried about his mental state, health, and well-being. In November of 2022, after Defendant complained of freezing on the concrete floor in the strip mall, Plaintiff mailed him a small box of Hot Hands brand hand warmers in their original plastic packets. [Exhibit 1]

5. Defendant represented that he was unable to obtain a lupus medication called Benlysta in Crescent City and requested assistance from Plaintiff and others to help secure a San Francisco address for the purpose of transferring his health insurance coverage and obtaining medical treatment.

6. Over this two year span, Bernard had gained an online following of about 20,000 people while posting under the name @Falconryfinance, or UAE Exotic Falconry &

Finance. So he managed to get someone's attention who was willing to lend him the use of her apartment in San Fransisco. A woman named Allison Elaine Crandall made a brand new locked account to contact him. They arranged for him to spend the week of his 40th birthday at her place and to use her address at Kaiser Permanente in San Francisco.

7.     I was fine with this, but while he was there, she gave him a bunch of cocaine and alcohol. He described it as "a brick" that she left him with alone for most of the week. [Exhibit 2 and 3]. She also appears to have purchased him an additional 20,000 followers, raising his total suddenly to 40,000 while he was there. At the end of that week, he used too much coke and started threatening former Davis, CA mayor Lucas Frerichs and the chief of police. [Exhibit 4]. We were planning to move in together and I thought he was manic, so I felt responsible for his safety to some extent. He was threatening them in public, and I was worried that if they showed up he would run at them and get shot, so I intervened by contacting Allison and the police chief. This allowed him to get home safely without losing access to the address he was using at Kaiser Permanente.

8.     CLAIM OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS: He was grateful for about a week. But after about a week, at the beginning of March 2023, he created a discord server that he characterized as for cult recruitment and reification of this cult goal he had. I was trying to be a stabilizing influence, and hoping his manic episode would end and that having a supportive living environment would change some of that. Within a few days though, we had a disagreement about him trying to pick up

somebody who was too young. Defendant became angry and started accusing Plaintiff of "nearly getting him kicked out of the place in SF".

9.  You can see why that's pretty galling, considering his problem there was nearly overdosing and threatening public officials in front of 40,000 people.  The police were threatening to 5150 him in somebody's stash house, and I thought he needed to keep access to it for life-saving surgery. He was saying he only had a problem there because of me, while I was here in Westborough. Then, he started telling his group that I had nearly gotten him killed by disrupting his endeavor there.

10. Nearly immediately after becoming angry, Defendant started referring to Plaintiff as a stalker to this new cult-oriented group in the discord server. This was an incredibly sudden 180 during what Plaintiff believed was a serious medical and psychiatric emergency for Defendant. In return for asking for a correction, Defendant incited physical threats against plaintiff from this group, some of whom had been friendly with Plaintiff previously and others who didn't know them. [Exhibits 5-7].

11. During this time, Plaintiff was having extreme health complications, including swift weight loss and constant heart palpitations that necessitated a total abstinence from any caffiene. Plaintiff missed a payment on a storage unit that contained 75% of their former book store inventory and personal books, about half of their wardrobe, most of their personal documents, and irreplaceable sentimental items. Prior to the pandemic, Plaintiff was living in a car, and due to the pandemic and their physical limitations, was

maintaining the storage rather than moving it all in.  This receipt shows that payments stopped in February of 2023, then fees piled up too high to pay, ultimately causing the loss of the unit. [Exhibit 8]

12.	Plaintiff continued to seek a correction because Defendant was so over the line that it wasn't just enormously insulting and hurtful, it was dangerous.  He encouraged threats from his followers.  In May of 2023, Defendant accused Plaintiff of swatting him.  Later he accused Plaintiff of swatting him at a hospital, whereas it turns out the cops showed up because he was yelling.  Defendant accused Plaintiff of looking up his mother's phone number and talking her out of $100, whereas Plaintiff and Janet Goldsmith had never spoken or interacted in any way, including by proxy.  These are in the same paragraph because Bernard issued a correction for these earlier lies in list format, in April of 2024.  [Exhibit 9].  This isn't part of the Defamation claim because it happened earlier, but you can see what kind of sustained incitement was going on.  He later deleted that correction, and he hasn't stopped.

13.	CLAIM OF DEFAMATION: On September 22, 2024, Bernard posted the tweet in Exhibit 1.  The contents are as described in paragraph 4.  He reiterated the claim of being sent blood in the mail several times. [Exhibit 10].  He also accused Plaintiff of mailing him "dead songbirds" [Exhibit 11].  Plaintiff's address is clearly legible on the front and followers made threats and joked about sending things.

14.	Instead of taking this down, apologizing, or stopping, on October 12, 2024,

Defendant posted a map to the building Plaintiff lives in, a populous apartment complex, and urged his followers to swat them. [Exhibit 12]. Local followers made implied physical threats. [Exhibit 13]. This post and other similarly defamatory or threatening ones are still up.

## PRAYER FOR RELIEF

15. Plaintiff requests restitution of $76,000. At the time of the initial filing, Plaintiff lacked some information about the Social Security system and has confirmed that it would be fine to accept payment. Plaintiff will share with their parents, as some of the burden Defendant has caused has been on them.

16. Plaintiff requests a full and decent apology, pinned for two weeks on all social platforms, and a notification to everybody in the discord where Defendant corrects them.

17. Plaintiff also requests that Defendant remove the posts and not slander Plaintiff again.

DATED: 06/13/25                                              Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se

297 Turnpike rd. Apt 108

Westborough, MA 01581