11:20  🔇 4G 80%

☰  🔒 **falcondome-fight-ch...**    

Im south
I know
Inuse yall
All thr time

 **EdisonCarter** Today at 11:20 PM
ok fuck Yinz

>  **@Cooter🦅(DM for cum knife)🦅** Are they round our way? I'm down to throw hands

 **Mrs.🦅 Charles Foster O...** Today at 11:20 PM
*sigh* if only

I'd roll up and just go "ready?" and you'd nod all cool and we'd throw down on some bitch-ass nonsense

 **Cooter🦅(DM for cum kn...** Today at 11:20 PM
I got no dog in this fight, other than wanting to fight

 **cassandra🦅🦅🦅** Today at 11:20 PM
Fight to live,.live 2 fight

••• Cooter🦅(DM for cum knife)🦅 is typing...

  Message #falcondome-fig...