11:42   76%

**# falcondome-fight-ch...**

> **@Mrs. Charles Foster Offdensen** to be fair, guys, we succeeded in having a literal cross-platform

 **Cooter(DM for cum kn...** Today at 11:41 PM
I'm sorry, Martin got Lowtax visited by Secret Service. Y'all need to do better

 **Ludo** Today at 11:42 PM
all you bitches are too nice and pretty this sucks

> **@Mrs. Charles Foster Offdensen** to be fair, guys, we succeeded in having a literal cross-platform

 **cassandra** Today at 11:42 PM
Hey now

 **Cooter(DM for cum kn...** Today at 11:42 PM
(no he didn't, it was all a lie, Lowtax was a fat dumb dead bitch, just like you HAARP)

> **@Cooter(DM for cum knife)** I'm sorry, Martin got Lowtax visited by Secret Service. Y'all need

 **Mrs. Charles Foster O...** Today at 11:42 PM
at least we're learning from the best

  Message #falcondome-fig...