11:51   74%

 **falcondome-fight-ch...**



 HEY HAARP I FILLED EVERY ELECTRIC GANGBOX IN YOUR

 **sorrel/wren (urban coyot...** Today at 11:50 PM
Oh i guess the conversation was still going nvm

 **Cooter🦅(DM for cum kn...** Today at 11:50 PM
Oh no I'm just bored

 **Ludo🦅** Today at 11:51 PM
me too

 **Cooter🦅(DM for cum kn...** Today at 11:51 PM
And coming up with horrid things to do to someone

••• Mrs.🦅 Charles Foster Offdensen and Cooter🦅(DM for cu...

  Message #falcondome-fig...