**L. Q.C. <knowledge.arcana@gmail.com>**

---

## List of Charges - Auction June 12th
1 message

---

**Planet Self Storage of Norwood** <norwood@planetselfstorage.com>                    21 May 2023 at 12:34
To: knowledge.arcana@gmail.com

**Past Dues -  Unit 685**

02/21/2023 - Rent Charged - Feb 21 2023 to Mar 20 2023

$114.00 - $12.00 - Late Fees - $20.00


03/21/2023 - Rent Charged - Mar 21 2023 to Apr 20 2023

$114.00 - Insurance Charged - $12.00

Late Fees - Mar 21 2023 to Apr 20 2023 - $20.00


04/21/2023

Rent Charged - Apr 21 2023 to May 20 2023

$114.00 - Insurance Charged - Apr 21 2023 to May 20 2023 - $12.00

Late Fees - Apr 21 2023 to May 20 2023 - $20.00


04/28/2023 - Lien Sale Prep Fee - $100.00


05/21/2023

Rent Charged - May 21 2023 to Jun 20 2023 - $114.00

Insurance Charged - May 21 2023 to Jun 20 2023 - $12.00

$12.00


**Upcoming**

Late charge:$20 on 26th of May

--

**Thank You,**



83A Morse St
Norwood, Ma 02062
(781) 680-7913



You'll need to set up an Account +
Your Unit Number + Access Code