

**UAE Exotic Falconry & Finance** @FalconryFinance · Apr 25

I would like to apologize to Lucas Connor.

1. They didn't cause me any problem in San Francisco in February, 2023.

2. They did not rob my mother. She will confirm this.

3. Lucas Connor did not call the police on me at any time before October of last year.

4. Continued

💬 2    🔁 7    ❤ 39    📊 10K



**UAE Exotic Falconry & Finance**
@FalconryFinance

4. They did not call my hospital, as I cover in my 4th podcast.

5. They did not lie about their beard.

I and you all were wrong to attack them for this.

For all of this, I apologize.

9:33 AM · Apr 25, 2024 · **2,373** Views