IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendant. | ) | |

**ATTACHMENT WITH UPDATE AND ERRATA**

To the Honorable Judge Guzman,

This is about two things, I'll explain the less serious one first. On reviewing the exhibits in this case, I need to clarify that when the group says "HAARP", they're referring to me. It's a version of my main handle. I'm from Fairbanks, Alaska, so I often use that.

The other is that he continues to incite physical threats from his followers. He is a heavy Tik Tok user and I am not. Lately he's been making $1-2,000 per month stealing Tik Tok videos [Exhibit 14]. The users there have been reporting him for obvious reasons. Today though, he woke up and wrote a long screed against me, blaming me for his account getting flagged. When he tells these lies, his followers believe it and he has selected them for being violent extremists [Exhibit 15]. If there's any more clarification I should give, please let me know. Thank you for your time.

DATED: 07/19/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se

297 Turnpike rd. Apt 108

Westborough, MA 01581