**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## EMERGENCY REQUEST FOR SUBPOENA

If Your Honor has time before noon today, I hope you will grant my request for an emergency subpoena in this case. The defendant Bernard Goldsmith has continually repeated his lies about being sent blood in the mail in various contexts to defame the plaintiff and incite physical threats.

Defendant escalated along those lines on 09/02/25 to such a degree that Plaintiff requested for local law enforcement in Davis to come and pick up the box from Defendant. As they did not, plaintiff has booked a plane ticket to Sacramento for today, the morning of 09/03/25. I'm going to ask for a police escort to get the box.

I am hoping that the box can be taken into evidence for this case, and that you will give them a legal basis for collecting it. I want law enforcement to collect it so that it can have a clear chain of custody - the local police can process it in whatever way you need. Alternatively, mailing blood is a felony, so maybe they will keep it in evidence for that

reason. Taking it away will at least prevent him from posting it on his Twitter account, @Falconryfinance, and hopefully get the contents investigated and recorded.

I will be flying back at 5am on the 4th, so today is the only time I'll be on the West Coast to go with them. If they won't escort me to collect it, I won't approach the Defendant.

DATED: 09/03/25

Respectfully submitted,


Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581