IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## UPDATE AND CORRECTION TO PREVIOUS FILING

Apologies to Your Honor, I have an update about the situation from the other day. At the time when I filed that, I had a plane ticket to Sacramento that was leaving within about three hours. I called Davis Police Department and talked to them about the logistics of getting the box into their custody while I was warming up my car to go to the airport. They told me they would need a warrant or for Bernard to report the alleged blood as a crime himself. The incident number for that call is 2509030004.

My health is incredibly bad. I'm not in the kind of shape where I can really be travelling that much on short notice. But I didn't know what to do. He is constantly doing this and now he's involving "Anonymous" and Aubrey Cottle.

A further update is that I'm going back to school part time. I'm in two remote classes, and I got student loans. About $5,600 was disbursed to me, and after paying my

bills and loaning money to my mother, I have about $800 as of right now. I don't know if that makes a difference to what I should be paying your court. I believe I will still be getting my regular benefits every month or slightly less, but I'm not sure, I'll let you know when I know more.

I retained a voucher for flight credits totaling about $400 in case I need to go there for some reason, but I would prefer to use it to visit my family. I hope that the court will be able to work with local law enforcement in California to get that box from him.

DATED: 09/07/25                                      Respectfully submitted,

                                                     *Lucas Connor* (signature)

                                                     Lucas Connor, Pro Se
                                                     297 Turnpike rd. Apt 108
                                                     Westborough, MA 01581