IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCAS CONNOR, ) | |
| 297 Turnpike rd. Apt. #108 ) | |
| Westborough, MA 01581 ) | |
| Plaintiff, ) | Civil Action No. 4:24-cv-40127 |
| v. ) | |
| BERNARD GOLDSMITH ) | |
| 1113 Kent dr. ) | |
| Davis, CA 95616 ) | |
| Defendants. ) | |

### PART 2 OF UPDATE

Unfortunately Aubrey Cottle has committed to the idea that targeting me over this case would be a good way to advertise his and Bernard's cryptocurrency project. He is inciting threats against me to anyone who will listen. It hasn't helped his sales, but he's diverting significant energy from his project to focus on this. Included is a Twitter space from earlier where he did this mainly but not exclusively between timestamp 1:16:40 (hours, minutes, seconds) and 1:20:45.

DATED: 09/08/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581