UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCAS CONNOR,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD ROBERT GOLDSMITH and<br>JANET GOLDSMITH,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 24-40127-MRG |

**ORDER**

**GUZMAN, D.J.**

　　By Electronic Order dated May 16, 2025, Plaintiff Lucas Connor was granted leave to proceed *in forma pauperis* and he was directed to file an amended complaint by June 13, 2025. (ECF 8).  On May 13, 2025, Connor filed an amended complaint (ECF 9).

　　Upon review of the pleadings, the Court hereby ORDERS:

　　1.　　The Clerk shall issue a summons for defendant Bernard Robert Goldsmith and shall terminate Janet Goldsmith as a defendant in this action.

　　2.　　Connor is responsible for ensuring that the summons, amended complaint, and this order are served on the defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.  "Any person who is at least 18 years old and not a party may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2).  Because Connor is proceeding *in forma pauperis*, he may also elect to have service completed by the United States Marshals Service ("USMS").  *See* Fed. R. Civ. P. 4(c)(3).  If Connor chooses to have service completed by the USMS, he shall provide the agency with a copy of this order for its own records, together with all papers for service (the

summons, copies of the summons, the amended complaint, and this order) on the defendant and a completed USM-285 form for the defendant.  The USMS shall complete service as directed by Connor with all costs of service to be advanced by the United States.  The Clerk shall provide Connor with a blank USM-285 form and instructions for service by the USMS.

      3.      Service must be completed within 90 days of the date the summons issues. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to Connor.  *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).  If Connor elects to ask the USMS to complete service, he must provide all papers for service and a completed USM-285 form to the agency well before this deadline.

      **So Ordered.**

                                                             /s/ Margaret R. Guzman
                                                             MARGARET R. GUZMAN
                                                             UNITED STATES DISTRICT JUDGE

Dated:  September 08, 2025