# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## UPDATE ON STATUS OF SUMMONS

On 09/12/25, I picked up the summons from the clerk and delivered it to the US Marshals in person. Yesterday I called the Marshals in Sacramento, and they confirmed that they do have the summons and it's been assigned to someone. It will be delivered soon and it's been in process since the 12th. Thank you for your patience. When they deliver that I'll submit a formal request for an evidence preservation order.

That said, the Defendant has seen the summons on Pacer, which I know because on 09/20/25, he posted a screenshot of the list of exhibits. He has been talking about deleting parts of his Discord server. If he deletes relevant parts of the Discord, or disposes of the box in question or the alleged note before the summons arrives, I would ask that you please take into account that he already knows it's part of the litigation and he is a trained lawyer.

DATED: 09/30/25                                                  Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581