# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCAS CONNOR, ) | |
| 297 Turnpike rd. Apt. #108 ) | |
| Westborough, MA 01581 ) | |
| Plaintiff, ) | Civil Action No. 4:24-cv-40127 |
| v. ) | |
| BERNARD GOLDSMITH ) | |
| 1113 Kent dr. ) | |
| Davis, CA 95616 ) | |
| Defendants. ) | |

## **REQUEST FOR PRESERVATION OF EVIDENCE**

Apologies to the court, I just realized I misfiled this when I called it a Letter/Non-Motion. This is almost the same as the document filed on 10-29-25 but with an additional request for clarification after the numbered list.

The Defendant, Bernard Goldsmith, has attested in a Youtube video to having received the summons, and posted a photographed copy of the summons and complaint both on his social media accounts and in the $Anon coin discord chat. (youtube.com/watch?v=09G4EcH-Uho).

The Plaintiff humbly requests an order for the preservation of the following evidence:

1. The unopened box of Hot Hands brand handwarmers mailed by Plaintiff to the Defendant in November of 2022, in their original airtight and commercially-branded packets, in other words the box said by the Defendant to contain Plaintiff's blood.

2. The alleged note that Defendant claimed to receive in September of 2024, attributed to the Plaintiff, describing the box's contents as blood.

I would also ask Your Honor to please let us know what he should do with the box, which there is reason to believe he still has because it was most recently posted on September 2nd, 2025. Which agency or office should he give it to for examination?

I would request preservation of the Discord server here as well, but Defendant deleted about 80 channels from his discord server on October 3rd, including some containing threats and illegal materials. Discord's company servers may preserve deleted materials for a period of time. If Your Honor has time to request that from them, his server is located at discord.com/channels/1081207968328060938/, with subchannels appearing as numbers after that slash. If that's outside the scope of this preservation request, I'll wait until after the Defendant responds.

DATED: 11/08/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581