

@FalconryFinance

Here's the box in question that was sent to me. The stalker has asked me to take it to the police to have them open it to show them the blood that is inside of it

> Censored ... @HouseOfL... · Sep 2
> Replying to @Zomommey @somethings_awry and @FalconryFinance
> It's not really a lore drop, Zweil is lying to you. The story he's telling you relies on the idea that I sent Bernie a box of blood in the mail. I'm suing Bernie for ...

12:49 PM · Sep 2, 2025 · 51.8K Views

10    7    119    22

Debaser @Debaser000 · Sep 2
So is this some kind of SomethingAwful beef that's continued off site, this reeks of the kind of goon posting enemies blood feud that would end with both parties being forced to pay lowtax $100 over several weeks to repeatedly unban themselves.

2    22    1.9K