IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCAS CONNOR, ) | |
| 297 Turnpike rd. Apt. #108 ) | |
| Westborough, MA 01581 ) | |
| Plaintiff, ) | Civil Action No. 4:24-cv-40127 |
| v. ) | |
| BERNARD GOLDSMITH ) | |
| 1113 Kent dr. ) | |
| Davis, CA 95616 ) | |
| Defendants. ) | |

## ADDENDUM TO REQUEST FOR PRESERVATION OF EVIDENCE

In regard to the item:

2. The alleged note that Defendant claimed to receive in September of 2024, attributed to the Plaintiff, describing the box's contents as blood.

Defendant never showed an image of this alleged note. I've just realized that he also never described how he would have received it or how it would have been delivered to him. I don't know if it was supposed to be by email, if he was claiming I mailed him something, if he was claiming it had been sent earlier and he found it somewhere, or whatever the case may be.

In the course of attempting to obtain the alleged note, I hope that the court will be able to at minimum obtain a description of how the defendant allegedly received it or what format it was allegedly in.

DATED: 11/13/25                                      Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581