**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

**DEFENDANT ENCOURAGING INVESTORS TO ENGAGE**

Sorry to bother you again so soon, but he is once again using this case to market his crypto scam and encouraging his investors to engage with me and the case.

DATED: 11/17/25

Respectfully submitted,

Lucas Connor

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581