x.com/FalconryFinance/status/1990534740353634677

# Post

AND SUBMITTED TO THE FEDERAL DISTRICT COURT OF MASSACHUSETTS

HOW CAN I MAKE A PDF BROADLY AVAILABLE TO YOU RODENTS

7 · 3 · 31 · 5.2K

**🌙leahlucid.eth** @leahlucid_ · 52m

yes

1 · 1 · 44

@FalconryFinance · 45m

drive.google.com
24-40127-MRG-12B6.pdf

1 · 1 · 32

**🌙leahlucid.eth** @leahlucid_ · 27m

thank you! may i read it on stream

1 · 1 · 5

@FalconryFinance

ABSOLUTELY

4:37 PM · Nov 17, 2025 · **5** Views

## Relevant people

@FalconryFinance — Follow

The Falcon Club is a membership-directed mutual benefit society and social club with local chapters throughout the United States and Canada.

**🌙leahlucid.eth** @leahlucid_ — Follow

oracle | quantum strategist | memetic artist | blockchain esports crypto & ai advisor | @mylilmiladymakr | @clevergirlpixel ||😹🔨 KEK MEDIA🤡

## What's happening

Trending
**Lucy Connolly**
10K posts

Sports · Trending
**Cowboys vs Raiders**
1,453 posts

Only on X · Trending
**#MondayMotivation**
45.2K posts

High Altitude Alask... @AspLovePolitics

4:55 PM 11/17/2025