IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## ADDITIONAL EXHIBIT RELATING TO DEFENDANT'S RESPONSE

I did not intend to file anything else until the judge had a chance to respond, but one of his "undirected, unnamed tortfeasors" is acting like this is a group project in a way that clarifies some of the dynamic. He's saying they've all attacked me because I aggressed them or irritated them first.

What's happened is, he tells these thousands of people that I mailed him blood or robbed his mother. Then they go "How horrible!" and I tell them that he lied. Then they block me and act like I tried to bite them or something, and then they act like I must have done these things because they saw me acting emotional.

This person in the exhibit is not someone I've had conversations with, so the entire extent of our interactions would have been a couple of "He's lying" comments. Even if those comments were rude, her thinking she has something to add is bizarre, and shows how the lies are being treated as a bonding activity by some of his followers.

DATED: 11/18/25                                          Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581