IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## ANONYMOUS CALL TO POLICE BY DEFENDANT'S FOLLOWERS

At about 12:15pm today, just now, police showed up at my door and said they'd received an anonymous welfare check call. Fortunately, one of the officers was the same officer that I had spoken to about these threats in September so he understood what was going on and we talked about the case a little bit.

DATED: 11/18/25

Respectfully submitted,

*/s/ Lucas Connor*

Lucas Connor, Pro Se

297 Turnpike rd. Apt 108

Westborough, MA 01581