Bernard Robert Goldsmith
1113 Kent Dr.
530-908-3333
Defendant in Pro Se

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LUCAS CONNOR,

       Plaintiff,

   vs.

BERNARD GOLDSMITH,

       Defendant.

Case No.: 4:24-cv-40127-MRG

**SUPPLEMENT TO MOTION TO DISMISS COMPLAINT, AFFIDAVIT OF BERNARD GOLDSMITH**

DATED this 18th day of NOVEMBER, 2025,

      Attached to this document, attachments A through M, are meant to be attached to Defendant's MOTION TO DISMISS UNDER RULE 12(B) AND 28 USC 1915(e), dated November 17, 2025. Defendant begs the court take notice of these documents when considering the assertions made by Defendant in that motion.

1

SUPPLEMENT TO MOTION TO DISMISS COMPLAINT AND AFFIDAVIT OF BERNARD GOLDSMITH

1
2
3
4

AFFIDAVIT

5
6

I, Bernard Robert Goldsmith, Defendant in this action and author of this motion

7

pro se, declare under penalty of perjury that the facts put forth above are true and

8

correct. I also declare under penalty of perjury that the documents attached to this

9

motion are true and correct.

10

/s/ Bernard Robert Goldsmith          Date: NOVEMBER 18, 2025

11
12
13

CERTIFICATE OF SERVICE

14
15

    I hereby certify that on the 8th day of January, 2016, I electronically filed

16

the foregoing document with the Clerk of Court using the CM/ECF system which

17

will send notification of such filing to the following:

18
19

Lucas Connor, Plaintiff

20

lqconnor@alaska.edu

21
22

                    Signature: __/s/ BERNARD ROBERT GOLDSMITH__

23

                            By: __BERNARD ROBERT GOLDSMITH__

24
25
26
27

2

28

SUPPLEMENT TO MOTION TO DISMISS COMPLAINT AND AFFIDAVIT
OF BERNARD GOLDSMITH

# ATTACHMENT A

*August 15, 2024 emails from Lucas Connor, lqconnor@alaska.edu to Davis, California Chief of Police Darren Pytel, discussing purported crimes of Defendant, alleging land acquisitions and the construction of some sort of compound for a "cult."*

                                    **Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

## Re: Bernard's Former Employment
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>                    Thu, Aug 15, 2024 at 5:03 AM
To: Darren Pytel <Dpytel@cityofdavis.org>, Bernie Goldsmith <Berniegoldsmith@gmail.com>

His cult is likely to incur conspiracy charges too. It's a defined organization that's constantly plotting and agreeing to crimes, working up toward a land purchase and eventual "compound". He keeps suggesting things to them like "Let's make a plex server" and various financial crimes. Conspiracy is just the planning so they're already arrestable, I don't know what kind of dragnet he's eventually aiming for.

On Thu, Aug 15, 2024 at 8:44 AM Lucas Connor <lqconnor@alaska.edu> wrote:
He is living in a strip mall in Del Norte county. He is living there illegally, in a commercial space, pretending that he needs to save money and never taking a shower. I haven't been able to get a hold of the landlord there, but maybe you can.

925 3rd Street, suite A Crescent City, California, 95531

On Thu, Aug 15, 2024 at 8:37 AM Lucas Connor <lqconnor@alaska.edu> wrote:
He lied about you too. He told everybody that he saw you smoking meth with your cousin. And there's no "no reasonable person would believe what he says" because he has built up a cult and explicitly described his process for selecting the most gullible morons he can find.

If you have knowledge of a medical condition that would lead to his behavior, this needs to be followed up on as criminal negligence charges against his mother. If you do not, you still personally have grounds to sue him. Somebody needs to in order for there to be justice for serious crimes he's committed that unfortunately would cost me $1000 to handle while I'm terminally ill and on social security. He laughs to his people about how painfully this illness is going to kill me, before I'm 40, and he gets away with it because justice would cost $1000 that I do not have access to.

On Thu, Aug 15, 2024 at 8:26 AM Lucas Connor <lqconnor@alaska.edu> wrote:
Is it true that Bernie used to work for the county handling the estates of indigent people?

He has shown such a visceral hatred and aggression toward the poor *on the basis of their poverty* that it would be worth looking over the records of his time there to account for any thefts that might have taken place.

He spends all day laughing that he can't be sued because he only attacks people who are in extreme poverty. This is how he gets through the day, by amusing himself by causing material harm to poor people that they would need money to correct in civil court. If that's so amusing to him, there's a very strong chance that he was using his office to rob homeless dead people.

# ATTACHMENT B

*Emails from Plaintiff dated April 20th, 2025, wherein they write Defendant's sister, Allison Goldsmith, Defendant's mother, Janet Goldsmith, and Defendant himself, to levy accusations that Defendant has "dragged a broken nazi child into view" to post Plaintiff's address online, and claims that Plaintiff has submitted complaints of some nature to the FBI's Sacremento Fusion Center.*



**Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

## Re: They Posted It Again
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>                                    Sun, Apr 20, 2025 at 12:15 AM
To: Allison.Goldsmith@doj.ca.gov, goldsmith.janet@gmail.com, Bernie Goldsmith <Berniegoldsmith@gmail.com>

I clarified to the fusion center that the threats his followers make against me are mostly directed at the other people in the building, due to the situation with the mail room.  That's important, because Bernie also knows it's the case.

On Sun, Apr 20, 2025 at 4:11 AM Lucas Connor <lqconnor@alaska.edu> wrote:
This needs to change.  It cannot continue.  Threats against my building are not a joke and I am talking to three people.  I have one of you on the record saying "No actually that IS A JOKE" and the other two are "PENDING"

On Sun, Apr 20, 2025 at 4:08 AM Lucas Connor <lqconnor@alaska.edu> wrote:
What I don't get though is participating in it, like not even telling him to apologize.

On Sun, Apr 20, 2025 at 4:06 AM Lucas Connor <lqconnor@alaska.edu> wrote:
I've never seen such a moral vacuum in my life.

Again, some of it MAYBE you could expect from a head injured, born stupid 19 year old who is in a fraternity and taught to always fuck up.  Like maybe, right?  Because they're not done developing, they have never learned anything or had a good role model, and they're fucking drunk 24/7.  So maybe that would give them a window where they'd think "Gorrsh!!!  I'll say the bitch sent BLOOD IN THE MAIL!  Hyyuuuuuuukkk!!!!"  But you'd never expect that would occur to a person you'd meet outside of a Iowa high school kegger situation.  Like, human beings never act that way.  They never act that way.  It physically can't happen.  That's because even those pig people try it one time and it fucks them over somehow.  It has never worked for anybody and only useless little boys have ever tried it.

On Sun, Apr 20, 2025 at 3:59 AM Lucas Connor <lqconnor@alaska.edu> wrote:
Fortunately the local police here already know about his cult and the threats they've been issuing on his behalf, it's been a lot of them and some of them live pretty nearby.

Again, I've got to say I expected that professional adults wouldn't sit on their hands while he directs people to do that, especially over such a huge fucked up stretch of time.

On Sun, Apr 20, 2025 at 3:53 AM Lucas Connor <lqconnor@alaska.edu> wrote:
Somebody laughed about the address posting by a nazi, and Bernard endorsed that sentiment of "when nazis post someone's address in an attempt to murder them it's a funny joke to laugh about".

I feel bad for you having to live with that.  I don't understand why he would say that's funny.  I hope you never run into somebody like him, because that's not a favor I can return.  That's not a joke I'll tell for him.

On Sun, Apr 20, 2025 at 3:12 AM Lucas Connor <lqconnor@alaska.edu> wrote:
Oh, he's awake!  I'll make sure to include that in the civil filing.  Don't want to rule out the obvious.

On Sun, Apr 20, 2025 at 3:10 AM Lucas Connor <lqconnor@alaska.edu> wrote:
Here's an example of what I mean.  This is a case from Australia last year.  You can see how it involves two groups with two different strategies: when he's first caught, they get him therapy and work to deradicalize him.  But then a second group comes in and pretends to be ISIS.  That's what I'm talking about.  We need all Group 1 and no Group 2.  And at this point, that might be a change the state is willing to consider.  We need to make it happen, because manufacturing little nazi freaks like the one who is posting my address on Bernard's behalf right now is not an option that anyone should accept.

https://www.theguardian.com/australia-news/2024/feb/03/australian-undercover-police-autistic-13-year-old-fixation-islamic-state

On Sun, Apr 20, 2025 at 3:06 AM Lucas Connor <lqconnor@alaska.edu> wrote:

We could get the state reoriented toward deradicalizing people like that. There's no reason for a twelve year old to wander into some nazi discord server and learn to call people "street shitting dalits" like Bernard's little friend likes to. Kids who are neglected like that, and people with brain diseases like that, need to be steered away from racism and terrorism, not steered into it.

For decades, activists have worked to draw attention to these entrapment stings that only create crime and create racists. In this case, this poor individual was so destroyed in every possible way by that grooming, just relieved of every single human trait, to the point that it POSTED MY ADDRESS hahahahahahaa can you imagine being that bad off? Wow!!!

But it doesn't have to be that way, because when they get caught, they could instead be steered into therapy instead of forked over to nazis for their education just because it makes terror enforcement numbers go up.

On Sun, Apr 20, 2025 at 2:52 AM Lucas Connor <lqconnor@alaska.edu> wrote:

The broken nazi child that Bernard has dragged into view and told to interact with me has posted my address a second time.

This is witness intimidation. This person would not know who I am if Bernard had not posted my fucking address and told people to do shit to me.

So while I did report the address posting of this little nazi remora to the FBI's cybercrime center after the first time, now that it happened a second time, I have to file something about it with the district court here and describe to the fusion center what Bernie's group is doing as a result of his threats against me.

# ATTACHMENT C

*Confidential text of Plaintiff's professional ethics complaint against Allie Diercks to the Professional Disciplinary Board of the District of Columbia Bar Association. The letter from the Bar Association was received by Dendant from Mrs. Diercks, while the text of the complaint was posted by Plaintiff themselves on their social media accounts.*[1]

---

1    Plaintiff had posted screenshots of the online webform for the District of Columbia Bar Association, apparently for the purpose of gloating. These screenshots included Plaintiff's personal cell phone number,  which, once posted, became public information. Plaintiff has since filed DMCA complaints against a number of people who have reposted this specific image. This forms much of the basis of Plaintiff's complaint against Defendant, regarding the dissemination of Plaintiff's personal details. Because of Plaintiff's efforts to erase this screenshot from the internet, Defendant does not have a copy of it.





# OFFICE OF DISCIPLINARY COUNSEL

September 11, 2023

Hamilton P. Fox, III
*Disciplinary Counsel*

Julia L. Porter
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jack Metzler
Becky Neal

*Assistant Disciplinary Counsel*
Caroll G. Donayre
Jerri U. Dunston
Dru M. Foster
Jason R. Horrell
Ebtehaj Kalantar
Jelani C. Lowery
Sean P. O'Brien
Joseph C. Perry
Melissa J. Rolffot
William R. Ross
Traci M. Tait
Cynthia G. Wright

*Investigative Attorney*
Lisa M. Fishelman*
Azadeh Matinpour

*Senior Staff Attorney*
Lawrence K. Bloom

*Staff Attorney*
Arquimides R. Leon
Angela M. Walker

*Manager, Forensic Investigations*
Charles M. Anderson

*Forensic Investigator*
Charles Miller

*Admitted only in Maryland.

**<u>CONFIDENTIAL</u>**

Lucas Connor

**Via email only to**
lqconnor@alaska.edu

                    Re:    Diercks/Connor
                                 Disciplinary Docket No. 2023-D122

Dear Mr. Connor:

        Disciplinary Counsel has reviewed the above-referenced matter. You state that you heard Ms. Diercks is applying for reinstatement to the D.C. Bar and that you do not believe she has the judgment or character to work as a lawyer. You allege that she is connected to a con artist in California and is involved in setting up a church to circumvent tax laws. You also allege she harasses former church members and that she shows poor judgment. You do not state your connection to Ms. Diercks.

        On August 18, 2023, we sent Ms. Diercks a letter requesting a response to your allegations. Ms. Diercks denies the allegations. She claims she has never met you, has never represented you, and that you have been harassing her online. She further states she is not applying for reinstatement to the D.C. Bar at this time.

        As you may know, on January 7, 2021, the D.C. Court of Appeals ordered that Ms. Diercks be suspended for eighteen months with her reinstatement conditioned on establishing fitness to practice law. Accordingly, given her current suspension and the requirement that she prove fitness before she resumes the practice of law, Disciplinary Counsel is dismissing this matter (2023-D122) **<u>without prejudice</u>**. By way of this letter, we advise both you and Ms. Diercks that if she ever seeks reinstatement to the practice of law in the District of Columbia, Disciplinary Counsel will request that the disciplinary system consider the alleged misconduct in this matter (2023-D122) in evaluating whether she is fit to resume practice. *See* Board Rule 9.8.

        Sincerely,

        /s/ Lisa M. Fishelman

        Lisa M. Fishelman
        Investigative Attorney*

Mr. Lucas Connor
Diercks/Connor
Disciplinary Docket No. 2023-D122
Page 2

Enclosure: January 7, 2021 DCCA Order

cc: Ms. Allision Diercks (via e-mail at adiercks@gmail.com)

LMF:mob

*Rule 49 supervision in D.C. provided by Becky Neal, Senior Assistant Disciplinary Counsel

*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters.  Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 20-BG-659

FILED 01/07/2021
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

IN RE ALLISON C. DIERCKS, RESPONDENT.

A Member of the Bar of the District of Columbia Court of Appeals
(Bar Registration No. 208762)

On Report and Recommendation of the Board on Professional
Responsibility Hearing Committee Number Four
Approving Petition for Negotiated Discipline
(DDN 43-19)

(Decided: January 7, 2021)

Before MCLEESE and DEAHL, *Associate Judges*, and STEADMAN, *Senior Judge*.

PER CURIAM:  This decision is non-precedential.  Please refer to D.C. Bar R. XI, § 12.1(d) regarding the appropriate citation of this opinion.

In this disciplinary matter, Hearing Committee Number Four (the Committee) recommends approval of a petition for negotiated attorney discipline. *See* D.C. Bar R. XI, § 12.1(c).  The petition is based on Respondent's voluntary acknowledgment that she failed to provide her client competent representation.

Respondent acknowledged that she intentionally prejudiced or damaged her client during the course of the professional relationship, knowingly revealed a confidence or secret of her client, and engaged in conduct involving dishonesty, fraud, deceit, or misrepresentation.  As a result, Respondent violated D.C. Rules of Professional Conduct 1.3(b), 1.6(a), and 8.4(c).  The proposed discipline is a suspension for eighteen months with reinstatement conditioned upon proof of fitness.

Having reviewed the Committee's recommendation in accordance with our procedures in uncontested disciplinary cases, *see* D.C. Bar R. XI, § 12.1(d), we agree this case is appropriate for negotiated discipline and the proposed disposition is not unduly lenient or inconsistent with dispositions imposed for comparable professional misconduct.  Accordingly, it is

ORDERED that Respondent Allison C. Diercks is hereby suspended from the practice of law in the District of Columbia for eighteen months with reinstatement conditioned upon proof of fitness.  Additionally, we direct Respondent's attention to D.C. Bar R. XI, § 14(g), which requires the filing of an affidavit with this court for purposes of reinstatement in accordance with D.C. Bar R. XI, § 16 and D.C. Board R. 9.

*So ordered.*

# ATTACHMENT D

*E-mails from Plaintiff to Defendant, dated September 24, 2024, for the stated purpose of "Pre-Filing Negotiations."*



**Bernie Goldsmith <berniegoldsmith@gmail.com>**

## Re: Pre-Filing Negotiation
1 message

**Lucas Connor** <lqconnor@alaska.edu>                      Sun, Sep 29, 2024 at 12:46 PM
To: Bernie Goldsmith <Berniegoldsmith@gmail.com>

That is to say - the main list, in the first email in this thread, inclusive of the Valentino specifications because I said $250. It's easy, the apology is easy, this can be over very quickly.

> On Sun, Sep 29, 2024 at 8:37 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>> Ok, you can leave off the Athanaeum since it wasn't on the main list. The main list counts as a formal offer. And like I said, make it happen before Halloween, because I will be ready to travel shortly.
>
>> On Sun, Sep 29, 2024 at 8:24 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>> I mean custom might be cheaper, not a smaller size. If you see a better option in the next week let me know, but I like that big blue one like that. And this is a short term offer. I want an Athanaeum membership too, but I haven't checked the current price, total of settlement offered not to exceed $2000.
>>>
>>> https://bostonathenaeum.org/
>>>
>>> On Sun, Sep 29, 2024 at 8:13 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>> Oh, if you go custom instead of Tiffany, get like a 6.75, it might be cheaper that way. But you see how it's kind of just a little wabi sabi, but not much?
>>>>
>>>> On Sun, Sep 29, 2024 at 8:05 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>>> And I want the travel size Voce Viva from Valentino along with their new lipstick in shade 123. I did the virtual try-on, it's identical to my normal lip color and costs $50.
>>>>>
>>>>> https://www.valentino-beauty.us/virtualtry-on.html
>>>>>
>>>>> On Sun, Sep 29, 2024 at 8:03 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>>>> As to the books, just a couple of good ones, doesn't have to be more than five or very expensive ones. Your discretion.
>>>>>>
>>>>>> On Sun, Sep 29, 2024 at 8:01 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>>>>> So since you've given me this extra year to file, and since I'm already ready, I've just been working out travel expenses tonight, and it looks like I can get there. It's going to cost me a minimum of about $1,800 depending on how I do it, but the initial outlay is going to be much lower because I'll finance it with a cosigner that I've talked to. So that means instead of needing $600 in hand to get there on a plane, for example, I'll be able to pay $70 a month or something. And it'll be an additional $600 or so to rent a car in Eureka, but I can save up that much total, and work financing for that out with somebody's help too. So this time I'll be able to make it.
>>>>>>>
>>>>>>> We can avoid this lawsuit if:
>>>>>>> A) You post a public apology. A serious one in your own words. Keep it pinned for two weeks and correct anybody who endorses one of the lies you're recanting, including the idea that you even have a stalker.
>>>>>>>
>>>>>>> B) If I sue you I'm going to ask for $5000 plus travel expenses. As I said a minute ago, that could run as low as $1,800 if I fly there, get a low priced ticket which I'm seeing at ~$600 each way, rent a car to stay in instead of getting a hotel, and if the whole thing only takes around two weeks.
>>>>>>>
>>>>>>> $5000 isn't a lot for this. You've cost me a lot of time and stress. You have to pay something. It has to cost you. I'm going to make some calls on Monday to the SSA about what I can accept - if we go to court for the full amount I'll make arrangements for it. But provisionally, what I'd be happy with is a couple of your psychology books, that blue Tiffany ring in a size 7, and about $250 of the good Sephora.

I mean the seaweed Bumble & Bumble shampoo and conditioner, the Youth To The People body wash and face wash, the serum with the plankton OR the one with the cactus. Calling me fucking smelly. Get yourself something too.

And I want you to pass the hat around for Fairbanks's soup kitchen: https://breadlineak.org/donate/

That's all, and if you can meet these conditions and stop lying we're home free. I'll even ignore your war disinformation going forward, clean break. Do these things by Halloween. I will accept a different ring for a different price, but check first, I want 925 silver and a nice big smooth sky blue topaz. Don't look too hard, I already did, they don't make them like that!

# ATTACHMENT E

*E-mails from Plaintiff to Defendant, Defendant's sister, California Deputy Attorney General Allison Goldsmith, at her official California Department of Justice e-mail account, dated March 26, 2025.*



**Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

## Settlement
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>                     Wed, Mar 26, 2025 at 3:03 PM
To: Allison.Goldsmith@doj.ca.gov, Bernie Goldsmith <Berniegoldsmith@gmail.com>, goldsmith.janet@gmail.com

I hope Bernie told them something good at the police station.  Pytel blocked me a couple of weeks ago and he needed an update.

I just found out I'm allowed to propose a settlement directly.  I also clarified with the SSA that I'm allowed to receive payment myself, although I'm still giving most of it to my parents.

I'll settle for

A) $50,000, to me.

B) A public apology and correction including accurate details given to people who have questions.  Including in the discord, where most of your most active participants are.

C) Don't talk shit about me again or I will begin again.

# ATTACHMENT F

*E-mails from Plaintiff to Defendant, Defendant's sister, California Deputy Attorney General Allison Goldsmith, at her official California Department of Justice e-mail account, dated February 12, 2025.A*

M Gmail                 **Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

## Re: The CP He Hosts On Discord
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>           Fri, Mar 21, 2025 at 6:27 AM
To: Allison.Goldsmith@doj.ca.gov, Bernie Goldsmith <Berniegoldsmith@gmail.com>, goldsmith.janet@gmail.com

He just posted "Abraham slew Issac". He's writing little jackoff stories for himself. That's the porn he likes, when little kids get murdered. It wouldn't have any other significance to him, because the murder of children doesn't have any other significance to him, so no other part of the story would have a way to make any sense to him.

https://x.com/coldvelvetheart/status/1635309054871629824/photo/1

On Fri, Mar 21, 2025 at 10:07 AM Lucas Connor <lqconnor@alaska.edu> wrote:
And I do not care which court it is. I deserve compensation 100%, but if he just goes to jail, that's still accountability as far as I'm concerned. That would still give me peace. That would be justice. Justice is the only thing that matters.

On Fri, Mar 21, 2025 at 10:05 AM Lucas Connor <lqconnor@alaska.edu> wrote:
Here's one REALLY EASY way to tell if we're ready to move on to healing, from where we are now.

Answer the question DID I SEND BERNIE ANY BLOOD IN ANY WAY? Answer the question DID I SEND BERNIE BLOOD THROUGH THE US POSTAL SERVICE?

Right now the official answer from Bernard and his co-defendant is that I did. They're basing this on "He wanted to say it because he wanted me to be hurt by 50,000 strangers". So emotion isn't part of this yet and it's not going to be until every single relevant fact is public and verified by a court.

On Fri, Mar 21, 2025 at 10:00 AM Lucas Connor <lqconnor@alaska.edu> wrote:
It's so horrifying to even know about this fucking person, let alone to see Bernard basically use her to express that he had intended to rape and murder any children we would have had together.

Therapy bills are used in the calculation of damages. And obviously it would be pointless to seek relief for my emotions about this until the crime has been resolved, right? Because I'm reacting to an ongoing event that Bernard decides to maintain every day that he wakes up.

But there are going to be some high fucking therapy bills after I resolve the situation and bring justice about so that any of us can worry about any of our emotions. We're only dealing with the facts until the facts are dealt with, but after that there will be doctor bills for years. I'll make that clearer to the judge in my update later.

On Fri, Mar 21, 2025 at 9:20 AM Lucas Connor <lqconnor@alaska.edu> wrote:
If you have children in your family, dragging feet on this does not make sense. And if you're around him in real life, there's no way he's not sniffing around kindergartens and shit, like there's no way that this doesn't come up as a daily behavioral problem. In order to even think about it, he would have to be a straight up clinical pedophile, and in order to act on it in the slightest, he must have the impulse control of a dog. So are there measures that you're all taking to keep your family safe, and it only looks to me like you're not acting?

On Fri, Mar 21, 2025 at 9:07 AM Lucas Connor <lqconnor@alaska.edu> wrote:
Oh shit, that's the wrong one lol. But that one does show you how she was presenting on Twitter when he decided that was a person he should try and fuck. You can see that at no point did he think that she was worth talking to or that she looked like somebody a 40 year old should approach.

But this is the picture I was trying to post:

On Fri, Mar 21, 2025 at 9:05 AM Lucas Connor <lqconnor@alaska.edu> wrote:
For context again, this is the person who was digitally altering their photos that already look like this to appear younger:

So as you can see, this is an urgent matter of safety for everybody aged "Newborn" to 12.

On Fri, Mar 21, 2025 at 8:51 AM Lucas Connor <lqconnor@alaska.edu> wrote:
> This shit has been going on in front of me for a long time.  This girl is nearly 28 years old at this point
> and is still doing all the exact same shit.  She is unequivocally a predator as much as somebody who
> seeks out her content.

> On Fri, Mar 21, 2025 at 8:49 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>> Good morning, I'm calling the Sacramento fusion center today to get everybody on the same page
>> about what Bernard has been doing.  It's a good thing I already warned you, because he's been
>> screening members by phone again.

>> I'm also going to make sure they're aware of his resident child porn creator.  She pretends to have
>> multiple personalities and gets incredibly emotional when people say that illegal child sexual abuse
>> materials are wrong to create.

>> She doesn't seem willing to be honest with her doctors about how she spends her time, so if she
>> does have a real medical condition causing that behavior, it hasn't improved at all.  She needs to be
>> either treated like somebody who knows that CSAM is wrong or like somebody who cannot tell what
>> is or isn't wrong in any capacity - pretending she's "quirky" leaves somebody free to vociferously
>> encourage pedophiles to attack the little kids in their lives, and none of us are going to allow that.

# ATTACHMENT G

*E-mails from Plaintiff to Defendant, Defendant's sister, California Deputy Attorney General Allison Goldsmith, at her official California Department of Justice e-mail account, dated February 12, 2025.*



**Bernie Goldsmith <berniegoldsmith@gmail.com>**

## Re: This is a "Meet And Confer"
1 message

**Lucas Connor** <lqconnor@alaska.edu>                                      Wed, Feb 12, 2025 at 3:28 PM
To: Bernie Goldsmith <Berniegoldsmith@gmail.com>, goldsmith.janet@gmail.com

You also need to GENUINELY understand that this isn't about money.  You might think it is and that may be contributing to a strategy of "support the criminal actions and hope that the objections to it go away on their own".

This is a man who attacked me for two years straight after tricking me into a relationship for two years and getting me to agree to have kids with him.  He attacked me because I objected to him getting involved sexually with somebody who is an extremely developmentally disabled simulated child pornographer.  He attacked me viciously, used a mob to do it, and kept laughing about it for two years.

When a man attacks somebody like that, to protect his attraction to children, attacks somebody who did everything to help them and who they said they loved, attacks somebody that they were planning to start a family with, that's evil.  That's not something that somebody forgets about because they get bored.  That's the blackest evil that anybody can have inside them, to trick somebody into agreeing to start a family if you're attracted to little kids like that, and then to use defamation and mob violence against them in addition to that.

And he's acting like he doesn't even think he did something wrong.  Your job, Janet, is to react like a human being, because he does not have the internal resources to do that.  You can resolve this without a judge by having a real conversation with him about what he did.  Once he understands that you can't lie about somebody to incite violence, we can start bringing this to a productive close.  But he's being underserved and abused by not having that understanding brought to him and installed in him, you get it?  You have to teach him something moral here so this can end.

# ATTACHMENT H

*E-mails from Plaintiff to Defendant and Defendant's mother, dated March 14, 2025.*



**Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

### Re: His Idiot Leg
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>                    Fri, Mar 14, 2025 at 1:32 PM
To: Bernie Goldsmith <Berniegoldsmith@gmail.com>, goldsmith.janet@gmail.com

I just can't believe you let him sit there and eat medicine for fish like it's fucking pez.  Fucking do something.

On Fri, Mar 14, 2025 at 5:30 PM Lucas Connor <lqconnor@alaska.edu> wrote:
I also don't know what he was paid to do by the stripper/drug dealer.  So I'm going to subpoena his messages with her too.

On Fri, Mar 14, 2025 at 5:26 PM Lucas Connor <lqconnor@alaska.edu> wrote:
Even calling his actions "voluntary" would be generous since they're not just voluntary, they're premeditated. Every impulsive action he has taken he has reversed.  His actions against me are a premeditated hate crime, as demonstrated by

A) His apologies to every single other person on Earth.
B) His attraction to minors, which demonstrates that his feigned attraction to me had some other motive.
C) Possible payments and online radicalization from members of a forum, which may have socially incentivized him to seek out targets for hate crimes.

On Fri, Mar 14, 2025 at 5:21 PM Lucas Connor <lqconnor@alaska.edu> wrote:
Bernie is whining about his fake infection again.

This has been going on for two years.  He is poisoning himself.  And it's not even a real delusion, he knows how antibiotics work and he already apologized to Judge Rosenberg.

He needs to be put inpatient until he understands externally, with his behavior, that his leg isn't infected, if only to regulate what pills he's able to take.

If you want me out of your hair: get approval from the judge to settle, pay my university ($1119), send my dad $50k, give me copies of Bernard's cult interviews, a public correction, and a public apology.  The apology and the correction can be the same statement.  Given the extremity, cruelty, and duration of Bernie's 100% voluntary bullshit actions, you can see that being willing to take 50k is a gift to you.  If I have to deal with his fucking nonsense for any more of my life I will seek double that since it's been six months since filing.

# ATTACHMENT I

*E-mails from Plaintiff to Defendant, Defendant's sister, California Deputy Attorney General Allison Goldsmith, at her official California Department of Justice e-mail account, and Defendant's mother, dated March 23, 2025.*



**Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

## Re: Bernie Catfishing
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>                                    Sun, Mar 23, 2025 at 1:45 AM
To: Allison.Goldsmith@doj.ca.gov, goldsmith.janet@gmail.com, Bernie Goldsmith <Berniegoldsmith@gmail.com>

When I say "test scores" I mean like the tests they administer in school, but when I say "his test scores" I mean the ones he claims to have.  Obviously I haven't seen any of his test scores from school.

Before he started trying to pick up little girls and expressing that he sees himself as equivalent to a child with a developmental disorder who stares at Baker Miller Drunk Tank Pink on every goddamn surface every goddamn minute, I believed him when he said he had high scores.  Verbally he can come across as intelligent if you don't know how he sees himself and his abilities.  So I did misspeak there, I mean the scores he 100% for certain lied about.

I would never allude to his actual test scores because I do not know them, but I do know that he sees himself as on the level of "lazy town wig five year old" and doesn't believe he has any capabilities beyond some stuffing from inside of a teddy bear with a dick-sized hole in it.

On Sun, Mar 23, 2025 at 5:39 AM Lucas Connor <lqconnor@alaska.edu> wrote:
> The times when he seemed to compliment me for being smart are the most confusing.  Why was he even trying that
> hard to flatter me?  Obviously I am, my test scores are similar to his, but like why the fuck would he be so desperate
> to flatter somebody who wasn't wearing a Lazytown wig?  It's confusing because the motive is so unclear.
>
> On Sun, Mar 23, 2025 at 5:21 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>> This is how I look.  The ones with the fabric background are from last week.  So you can see, that's basically
>> the opposite of his type in every way: none of those outfits are a doily that I borrowed from a stuffed rabbit.  In
>> none of those images am I scribbling on a coloring book, for example.  It's not his thing.
>>
>> On Sun, Mar 23, 2025 at 5:15 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>> And again, they met in his discord about two weeks after I HELPED HIM CHEAT ON ME WITH AN ADULT
>>> VERY CALMLY.  So everybody can see that jealousy has nothing to do with this.  I have never seen anything
>>> like Honeyflower113's horrifying behavior and level of comfort with straight up actual pedophilia.
>>>
>>> On Sun, Mar 23, 2025 at 5:13 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>> And yes, I am saying that
>>>>
>>>> 1) Him so much as approaching @Honeyflower113, or even physically being able to consider the idea as a
>>>> possibility, proves scientifically that he was never attracted to me and lied the entire time as part of a
>>>> premeditated hate crime against me.
>>>>
>>>> 2) This is because pedophiles clinically cannot experience attraction to adults.  I am saying that all
>>>> pedophiles, if they express an attraction to an adult, are lying in order to gain access to children.  I'm saying
>>>> that it's medical.
>>>>
>>>> On Sun, Mar 23, 2025 at 5:08 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>>> Oh, I was looking at that screenshot in particular tonight because I was looking for an occasion when he
>>>>> asked, "Do you live alone?"  "Oh, okay, do you have a big dog to worry about?"
>>>>>
>>>>> On Sun, Mar 23, 2025 at 5:07 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>>>> When Bernie says that we weren't involved, what he's describing is that he never GENUINELY liked me.
>>>>>> Outwardly, he was the one pursuing me and we were planning to move in together.
>>>>>>
>>>>>> He pretended to be interested in me sexually for two years in order to effect a hate crime that he had
>>>>>> planned, which eventually took the form of lying about me to a mob in the hopes that one of them would
>>>>>> take physical action against me.

There is ample proof that he lied from the beginning.

Here, in the screenshot, you can see him saying "Your gender expression is exactly my thing." In fact, his thing is five year olds and the color Baker-Miller Drunk Tank Pink (it makes him feel calm and at home).

I was never using Baker-Miller Drunk Tank Pink in any context. I didn't overlay it on my selfies or send him big blocks of the color to stare at. I never dressed up as Strawberry Shortcake and shit my pants in front of him. That's important context because otherwise, if you didn't know him at all, what he's saying might sound realistic.

In fact, he took this ruse further and said things like "You're creating this pristine display. I must respect it. But it's just begging to be defiled." I have kind of a severe look and demeanor. I'm kind of serious. He's called me things like "Scary smart" and a "Nuclear Reactor". These are all traits that disgust him - if he isn't looking at pink ruffles on a Cabbage Patch Doll, he can't even really stop vomiting long enough to see the person he's talking to.

Nobody is attracted to toddler baby bullshit and also a second thing, it would be physically impossible and he's made himself clearer than anybody in fucking history.

# ATTACHMENT J

*E-mails from Plaintiff to Defendant, Defendant's sister, California Deputy Attorney General Allison Goldsmith, at her official California Department of Justice e-mail account, and Defendant's mother, dated May 21, 2025.*

 **Bernie Goldsmith <berniegoldsmith@gmail.com>**

## Allison Crandall
1 message

**Lucas Connor** <lqconnor@alaska.edu>                    Wed, May 21, 2025 at 11:55 AM
To: Bernie Goldsmith <Berniegoldsmith@gmail.com>, Allison.Goldsmith@doj.ca.gov

Bernie, do you remember when Allison "Enza" Crandall said that she used to date an enemy of yours?

Do you remember her second username she came back with? The first was "Enzathereal", the second was "ACXEnza".

Do you know anybody at Astral Codex Ten? If you know of, for example, Russian Mob people doing ops like hiring motherfuckers to post foreign disinformation, you should communicate that to the authorities immediately. Anything you know about her connection to that group, or hell, anything else that would bring that whole situation to justice needs to be brought out of your mouth fast.

# ATTACHMENT K

*E-mails from Plaintiff to Defendant, Defendant's sister, California Deputy Attorney General Allison Goldsmith, at her official California Department of Justice e-mail account, and Defendant's mother, dated April 20, 2025.*



**Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

## Re: Rotting Meat
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>                          Sun, Apr 20, 2025 at 5:35 AM
To: Allison.Goldsmith@doj.ca.gov, goldsmith.janet@gmail.com, Bernie Goldsmith <Berniegoldsmith@gmail.com>

And you know something, this is why fucking Elon and Trump are mired in lawsuits now too.  This idiotic, childish idea of "Might makes right, so let's shit on everything and see who can stop us".  That's a philosophy held by people who have never been in a fight.  It's walking up and slapping people until you hit Mike Tyson.  It's not tough, it's universally suicide because if that's how you spend every day, you will always find someone who doesn't defer to being smacked by surprise on the street.

On Sun, Apr 20, 2025 at 9:29 AM Lucas Connor <lqconnor@alaska.edu> wrote:
> You know what, I'm going to talk to Betar too.  I wasn't going to, but his people have been set on "Try and have this person killed" and he has not shut them off yet.  They did this shit to me again so I'm going to talk to Betar and see if they're willing to ban him from Israel.  I know he's talked shit about it, but before that, he expressed that having Israel available was equivalent to being rescued from a deadly shipwreck.

> I don't know what has meaning to him.  I have only seen evidence that nothing moves him or can, that he has no conscience or emotions other than thinking all suffering in any form is a funny joke.  That's the only thing I have seen from him.  But I think later, if he's banned from Israel, it might present a practical problem, and maybe that would be something like justice or a consequence.  I'm sure that he wouldn't connect it to anything he's done, or reconsider his stance that "all suffering and violence is funny and the only reaction to have is giggling and causing more".  But a consequence would at least show that when you lie in order to incite lynch mobs, something happens to you and not to your target.  Which is an immutable fact that cannot ever be violated, because people ALWAYS DEFEND THEIR LIVES.

> On Sun, Apr 20, 2025 at 9:22 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>> Have you ever heard of October 7th?  You remember all those teenagers jeering about people being murdered, treating it like a joke, advocating for the total destruction of your people and then kikiing about it together?

>> Bernie organized a group to treat me that way about six months before October 7th, and then used that group to treat anybody mourning October 7th in the same way.  You have sat on your fat asses for two fucking years while he just erodes all the humanity he can find.

>> On Sun, Apr 20, 2025 at 9:18 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>> Does he walk up and stab cripples he sees?  Or is this just an online thing?  Are you taking a lot of knives out of his hands when he's walking around in public and sees somebody using crutches?  Or do you let him just fucking go for it?  Because I don't see any intervention happening here and it's been six months just since the suit was filed, which was about 18 months after he started lying to incite murder attempts against me.

>>> On Sun, Apr 20, 2025 at 9:13 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>> I guess it's got to be a thousand times worse, right?  Because he seeks to make the world worse with every single move he has ever made, and nine times out of ten you've probably been the ones directly harmed by it, right?

>>>> On Sun, Apr 20, 2025 at 9:11 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>>> Man, this is a big day for you guys.

>>>>> Having a son who would lie like Bernie does is torture, like the kind of pain a parent experiences when their child will never look them in the eye or smile.  The fact that Bernie might have accidentally done something other than hurt a person that he believes to be totally innocent must be really huge for you, like he said his first word after age 40.

>>>>> On Sun, Apr 20, 2025 at 9:02 AM Lucas Connor <lqconnor@alaska.edu> wrote:
>>>>>> The biological mud that Bernie scraped from his shoes onto every surface in your home might have

helped Open AI though.

Isn't that good news?  Your son's actions might have indirectly undermined Elon's gross little social project a little bit.  Every value he's ever committed to or acted on in his life has been inverted, and the "I Find Retards" account might suffer due to something he did.  I don't know if that can make the stink worth it, but it's ironic.

On Sun, Apr 20, 2025 at 8:05 AM Lucas Connor <lqconnor@alaska.edu> wrote:
> Nobody should be making threats on Bernard's behalf.  We need to get a mop and clean up your house, okay?  Because he can't track that shit around and then leave it there.

On Sun, Apr 20, 2025 at 8:04 AM Lucas Connor <lqconnor@alaska.edu> wrote:
> Hey, FYI, just a little heads up for you guys, the rotting stinking roadkill that Bernard dragged into all of our lives, dunked his feet in the remains of, and then tracked all over your floors has posted my address a third time.
>
> You've got blood, maggots, and every other foul thing that came out of this creature all over your life and floors, look how Bernard is stomping around with what's left of this thing all over his feet:
>
> https://x.com/GratsAllDay/status/1913925341904847082

# ATTACHMENT L

*E-mails from Plaintiff to Defendant and Defendant's mother, dated March 6, 2025.*

                                    **Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

## Adding Charges
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>                    Thu, Mar 6, 2025 at 5:44 AM
To: goldsmith.janet@gmail.com, Bernie Goldsmith <Berniegoldsmith@gmail.com>

Janet, your son is telling people that we never dated and that I've "stalked him for four years". He understands that is false and he's been doing it for a while so I'm going to add that in to the lawsuit. He's unrepentant and will not stop lying.

We were about six weeks from moving in together when he flipped shit and started that discord to pick up pseudominors in (Not that he checked ID!).

Slight change of subject: I was looking for the posts in 2022 where he explains what actually happened to his hip. Those are deleted, but instead I found posts about his lawsuit with Ishar. He describes being defamed! He describes seeing that as immoral. He describes making all their private communications public as a punishment. So he not only sees what he's doing as a vicious betrayal, but worthy of a punishment so severe, as he described it, that the subject would then be cowed into doing any favors asked by the plaintiff.

    **Love-1-5-23.png**
688K



# ATTACHMENT M

*E-mails from Plaintiff to Defendant and Defendant's mother, dated March 26, 2024.*



**Bernie Goldsmith <berniegoldsmith@gmail.com>**

---

## Re: Question about Pro Bono
1 message

---

**Lucas Connor** <lqconnor@alaska.edu>                                    Tue, Mar 26, 2024 at 12:45 AM
To: goldsmith.janet@gmail.com, Bernie Goldsmith <Berniegoldsmith@gmail.com>

I haven't complained about it at all because it's not being said as a concrete claim I can "prove" or "disprove", but even calling me a stalker is so fucked up when in relationships I am so hands off. I wasn't demanding time from him when we were on good terms, he even praised me for it. He was like, "You're great because you know how to give me space"! What if I want to pick up somebody else? What if I'm flirting with somebody high profile? I have a right not to be mischaracterized like that. He's saying we were never even involved, but at the time he was emphatic that "it definitely counts" because we were both basically locked in our apartments for quarantine. I'm not that type of crazy, and it matters! I might be a few different kinds, but that's one I am strenuously not and which I rely on not being.

On Tue, Mar 26, 2024 at 4:30 AM Lucas Connor <lqconnor@alaska.edu> wrote:
  *Very directly to the government of Alaska since I promoted him for two years prior to this whole situation.

  On Tue, Mar 26, 2024 at 4:28 AM Lucas Connor <lqconnor@alaska.edu> wrote:
    Like he's literally defaming me not only to anybody I might approach for a relationship or a job, but nearly directly to the governments of Alaska, Israel, and Russia lol

    On Tue, Mar 26, 2024 at 4:25 AM Lucas Connor <lqconnor@alaska.edu> wrote:
      I want to clear up something else too. Many of Bernie's followers have fought with me about saying I've been defamed, someone was doing it all day yesterday and most of today. They say that I can't be defamed because they don't know me, and that means I don't have a reputation. It's true that I have about 1,000 followers and not 40,000 like Bernard does. It's true that I'm poor and always have been. It's true that I'm in some identity categories that may lead many people to side against me.

      But it's also true that most of the Alaska legislature knows my family and that like 10% of them follow me. My grandmother was mayor of the Fairbanks North Star Borough from 1985-1993. She organized our Sister City program with Yakutsk, whose mayor at that time was Pavel Borodin. So I met him when I was a little kid. Many of my family members are legislative staffers or have been state legislators themselves. My grandfather just died, and I was back home for his funeral, and several legislators and so on were there. My first cousin works in the governor's communications office. I've had a hard life with at times little help but the fact is there are eyes on me, and not only for that reason.

      I am not ashamed of what I've done to defend myself, but I would be ashamed to let somebody I had been in a relationship with [for whatever definition of that word, I believe he characterized it differently at the time than he does now] say I stole from their mother if I had not. I can't help now that his followers believe it, I don't think even he could talk them out of it.

      On Mon, Mar 25, 2024 at 8:08 PM Lucas Connor <lqconnor@alaska.edu> wrote:
        I was really hoping we could get this resolved today, but I don't see a reply here. Mrs. Goldsmith, there's no chance you're standing by his statement that I hunted down your phone number last summer and requested money from you, is there? It will be interesting to see what you say on the stand.

        I don't know if you know what my position is. I'm female-to-male trans, I came out in 1999. That's 25 years ago, I was an out trans youth in Alaska. I've had to survive getting kicked out at 12, assaults, a lifetime of employment discrimination of the type where the rare retail job that will take you justifies hiring you because the boss "used to do theater". My mom took me to see Boys Don't Cry, the story of the murder of Brandon Teena, in theaters and said "I hope that changes your mind about wearing boys' clothes".

        And of course Bernie knew that. When we met he told me that he worked for a trans health care org, we absolutely talked about it. When we met, I had just written or was in the process of writing a memo, attached. Because the political environment of the past few years is one where transphobia is being pushed everywhere and hate crimes have been sharply on the rise, I was writing this memo about how to fight

transphobic rhetoric and laws. Some of it is in the AP style guide now. Notice that point two is, "Don't depend on your opponents recognizing your humanity". This is what I was working on when we met.

I was 15 in 2001. The response to 9/11, combined with being at a new school, gave me a nervous breakdown. I was watching racism and jingoism escalate in ways I thought had been stamped out by history. I dropped out of high school and started at the University of Alaska Fairbanks in 2002. I majored in psychology and linguistics in order to understand and maybe combat the propaganda environment I was seeing around me, driving everybody to madness.

I didn't graduate. It turns out I have a genetic disorder, and while most students wouldn't have been stopped by it, I was trying to attend in -40 weather. But this isn't just a career that I wanted to work in, it's a vital task. So I still work on this and I still study, though my health has worsened at this point and now I'm on social security.

On February 20th, 2023, Bernard was at an apartment in San Francisco that he was using as an address for the local Kaiser Permanente. He was there with a lot of cocaine, he may have relayed a version of this to Ariana. And that day, he spent 12 hours threatening the Davis police and posting it in public. His host was in Washington, watching this aghast, unable to stop him and worried that her apartment would get raided. Radmilk, a prominent Twitter user, had been shot and killed in a confrontation with police about one week before this happened. At that point we didn't have his hip's test results back, showing no infection, so I believed he had a much more serious medical problem. And at that time we had plans to start a family later, although given the situation I was reconsidering, but I still felt strongly that he shouldn't die or lose this insurance through this address.

Since he had introduced us previously, I DM'd his host my phone number and she called me right away. I said he had bipolar and that the new medication was making him erratic, and that he'd been sober for a year so the wine was a little hard on him. She was very understanding and it calmed her down (see Fig. 2). I wrote to Darren Pytel and told him that I and a few other people were in the apartment, and we couldn't get his phone away, but that everything was fine. Pytel believed me and said he would drop it if Bernie would just go to bed. So he eventually made it home safely and was able to use that apartment in SF again despite his behavior.

So with all of that context, maybe you can understand how it looked to me when a few weeks later, he was telling all of his followers that I had almost gotten him kicked out of that place. Thinking he still needed surgery and being the one he had long-standing arrangements with to look after him in recovery, it's true that I didn't leave immediately. I thought he would just recant. Instead, he started telling his followers that I was swatting him, that I had robbed you, that I had sent goons to his hospital. He started encouraging them to make up their own rumors. Two grown, huge adults were talking about jumping out of a truck and beating me, and when he realized I could see it, he made a private channel for them. He offered to distribute my address in their DMs and some asked for it. He threatened to try and have me evicted. In front of 40,000 people he has been calling me "a stalker" who he "never dated", whereas in real life, I didn't even ever call him first because I knew he was busy.

Do you understand why I can't just let somebody act this way? Even if I have no money and can't make it a fast lawsuit, I have to resolve this. And I have only been asking for a correction, which you can see is very generous.

On Mon, Mar 25, 2024 at 12:52 PM Lucas Connor <lqconnor@alaska.edu> wrote:
> Actually I called Del Norte county last week and asked them about representing myself and about
> appearing on Zoom. They told me to hire a lawyer too, and that they couldn't really answer jurisdictional
> questions. If I do save and borrow the money for a lawyer, and they tell me that I would have to file the suit
> here in Massachusetts, I don't think that would be more convenient.
>
> On Mon, Mar 25, 2024 at 12:37 PM Lucas Connor <lqconnor@alaska.edu> wrote:
>> As you both know, I can't afford a lawyer. And I was just saying this to one of Bernie's followers, who
>> was telling me that if I had really been wronged, I should put up or shut up and hire one.
>>
>> I explained that I don't have any money, and the guy said he had hired a lawyer without any money. I
>> thought that was just for injury cases or something.
>>
>> So what about this: Mrs. Goldsmith, since you're a lawyer, maybe I can hire you pro bono, then when I
>> win, he can just pay you the legal fees. That way nobody's out anything and this gets resolved by the

best.  Or would there be a conflict of interest since you're a material witness?  Maybe that would make it easier to settle out of court, ie, to get a settlement of a full correction (basically everything covered by his tik tok video which I sent you earlier, that can be considered a comprehensive list).  What do you think?

I've also just built a program that indexes the text contents of screenshots for search, so if anyone has any questions about any dates or conversations that'll be extremely easy to pull up.  Obviously he doesn't have a reason to maintain a lie about me, even if I did something terrible you'd think he could just say that.  So if he corrects it himself that's the fastest way.  Suing him would be the second fastest, and I'm sorry I haven't had the means to do that in a quicker way because this would have been resolved months ago.