IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

### REQUEST FOR DISCORD SERVER IN REPLY TO DOCUMENT 31

If Bernard wants to deny claims related to his group and their plans, the way to check that would be to look at his discord server. He deleted 80% of the channels from that server in October, but those contents may be available from the company. Many of the discussions were in the public channels that still exist, so getting whatever the company does have will be enough.

I'm not very tech experienced, I started learning to code after we met. Last year, I learned how to do data requests on public APIs that businesses provide for that purpose. In a discord server, the titles of hidden channels are visible in the public API if you're signed in and join that particular server. I do not know what most of the channels' contents were, but I know what some of them were because they were hidden after they were used in public.

I will attach here the original list of channels [1] and the current list of channels

[2], as previously reported to law enforcement and given to the fusion center in Sacramento. In a discord server, the titles of hidden channels are visible in the public API. I will also provide text of the code I used to obtain these lists, it's pretty simple and will show how I got these results [3 and 4].

Also, as to my estimate to Chief Pytel that I would "die before 40", that was a guess by me, and not a misrepresentation of a figure a doctor had given me. I had just had another gastric emptying test done that showed my condition had become about twice as bad in five years (from 24% retention at four hours to 58%). I'm not doing great and currently weigh 90.5 lbs, trending downward, but I'll be 40 in June.

DATED: 11/19/25

Respectfully submitted,

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581