```
1. 019-plague-chat-covid
2. falcon-perch-server-sec
3. void-screeching
4. 009-birdworks-creative-birds-visual-birds-make-more-works
5. 00425-drugs-shamanic-butt-experiences-erowid
6. 0071-what-next
7. ð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…š
8. gpt-threads
9. philadelphia-falcons
10. plex-server-planning
11. 00423-spiritual-paranormal-ufo-mirror-dimension-ðŸ§žðŸ§›ðŸ§™-paranormal
12. cauldron
13. things-that-look-like-butts
14. escape-from-megacity-1-east-coast
15. 0101-cooking-and-fraud
16. clean-your-room-the-chore-channel
17. 0011-poasting-abour-pets
18. regional
19. server-news
20. 018-the-sexyself-sex-channel
21. 0000-mr-birds-meteorology-and-weather-events
22. 00625-ideas-collaboration-teamwork-build-things
23. warzone
24. 0033-the-collapse
25. the-falcoders
26. 00727-ordo-falconum-bird-cult-international
27. 008-current-events-newz-global-happenings
28. 0031-deep-state-parapolitics-conspiracy
29. 0671-rantspace-negativity-combustion-engine
30. talk-to-mr-falcon
31. need-foundation
32. 00426-parental-zone-kid-cursed-wretches
33. FBI CIA PSYOPS
34. van-dwelling-mobile-falconers
35. falcon-files
36. sedition-station-the-mischief-society
37. 0240-bird-invasion
38. 0003-cyberia-dev-null-serial-experiments
39. 024-cool-pictures-of-falcons
40. 001-general-chat-falconomics-the-science-of-birdsourcing-absolutely-everything
41. california-oregon-washington-bc-alaska
42. mr-falcons-feral-fosters-take-two
43. 0001101-discord-lore
44. paranoia-agent-radio-man
45. compost-anonymous
46. sanctuaviary-bird-infirmary-sick-bay
47. 01010-neurodivergent-birdhouse-we-out-here
48. 006-books-movies-kultur
49. eurasian-oceania-africa-itchy-and-scratchy-land
50. 00421-bird-gamers-falcon-clans-and-esports-athletes
51. personal-updates
52. falcosophy
```

53. verified falcon roost
54. 00420-swoletariat-falconer-fitness-and-health
55. 00424-psychoscience-theorapy
56. 666-human-flesh-search-engine
57. gpt-access-requests
58. florida-carolinas-nola-triangle
59. 0243-music-birdsong-falconscree
60. 333-project-three-brave-men
61. 067-whats-going-on-in-your-life-rn
62. hidden-arcane-channel-archives
63. 0244-littlest-guys-only-fungus-slugs-bugs-ants-pixies
64. birds-helping-birds
65. super-double-top-secret
66. 0092-photography-of-yours
67. bot-logs
68. 0032-trunpland-trumo-planned
69. 9991-music-creators-original-content
70. 00580085-streaming-events-polls-organizing
71. 00422-ttrpg-wizards-and-crits
72. 001-leftist-selfies-for-the-fbi
73. 0241-drop-your-memes-and-pants
74. 010-bower-birds-prepper-compound-chat
75. best-ai-images
76. midwest-ope-colorado-michigan-wisconsin-axis
77. voice-messages
78. 0191-science-professor-peregrines-science-channel
79. cyberspace-hack-the-planet
80. sdxl
81. dream-interpretation-tarot-readings
82. 0002-shotguns-direct
83. psychohistory
84. minifiction-stories
85. image-favorites
86. 0670-brag-zone-good-news-in-your-life
87. 067373-furry-pile-dogzone-poundtoen
88. 003-politics-economics-pirahna-lounge
89. organization-admin
90. the-treehouse