1. warzone
2. general-chat-falconomics-the-science-of-birdsourcing-absolutely-everything
3. drop-your-memes-and-pants
4. cauldron
5. falcosophy
6. hidden-arcane-channel-archives
7. mystic-shaman-ufos-higherdimension
8. birds-birds-birds
9. falcon-perch-server-sec
10. deep-state-parapolitics-conspiracy
11. shotguns-direct
12. talk-to-mr-falcon
13. books-art-culture
14. weather-events
15. music
16. littlest-guys-only-fungus-slugs-bugs-ants-pixies
17. ð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…šð"…š
18. plague-chat-covid
19. trumpland
20. bot-logs
21. the-collapse