```python
import requests
import json


readout=open("./channelnames11-13-25.txt", "a", encoding='utf-8')


def retrieve_channels(serverid):
    num = 0
    limit = 10

    headers = {
        'authorization': 'MTIzMTMzODE4NDk5MDc4NTUzNw.G2VtF3.8bGzaBkA9HwSbn4Fd8_RQBpMgNH4P8-0JyLo2U',
        'Content-Type': 'text/html; charset=utf-8'
    }

    last_message_id = None

    while True:
        try:
            query_parameters = f'limit={limit}'

            r = requests.get(
                f"https://discord.com/api/v9/guilds/{serverid}/channels",headers=headers
            )
            jsonn = json.loads(r.text)

            for value in jsonn:

                readout.write(value['name']+'>>>')
                print(value['name'], '\n')

                num=num+1
        except:
            break

    print("Done, see txt")

retrieve_channels('1081207968328060938')

#Token: MTM2MDE0NDMyODkwMjU3NDE4Mg.GjJg4X.vFOZ6mz93WRjXnTPQkfcWVM59RWGWnamY4ZrRI
```