```python
readout=open("./channelnames11-13-25.txt", "r", encoding='utf-8')
readin=open("./channelnames11-13-25refined.txt", "a", encoding='utf-8')


content = readout.read()


namelist=content.split(">>>")
nameset=set(namelist)
number=1

for item in nameset:
    if len(item)<1:
        pass
    else:
        readin.write("{}. {}\n".format(str(number), item))
        number=number+1
```