IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## ALLISON DIERCKS

Her username in the discord server is @sequined or "Mrs. Charles Foster Offdensen". Her username on Twitter is @rule12b6. She's one of the people who is seen threatening me in the exhibits on the original complaint. Included is an attachment from one of the remaining public channels where she discusses the Rajneeshpuram-style compound they were heavily discussing as a real plan at that time. They were shopping for land. Ali herself screened the film Wild, Wild Country about the Rajneeshpuram cult in that server.

To clarify my involvement in the idea of a cult or compound, my intention was to move to Crescent City and get him a real apartment to live in, hoping that it would stabilize his situation. This will be borne out in any examples of public or private communication that are produced. That would have been accomplished with the help of my parents. He was talking about wanting to do some of that before, but he didn't go full

bore on some of those behaviors until the Discord server was set up. When he did, that became contentious immediately because I thought it was a bad idea.

DATED: 11/19/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581