IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## REQUEST FOR THE IMAGE DESCRIBED

One last thing. I beg the court to request that image from Bernard, accurately described by him as "modestly dressed". I mean the image of a young woman who goes by "Sasha" (real name unknown by Plaintiff) who self-describes as having certain medical conditions and whose online presence [Attachment 1] and apparent physical setting is marked by a stylized but allegedly involuntary emulation of small children.

The image he's describing is one that I have in fact used to explain what this girl is doing and how she endeavors to come across, but I use it because it is modestly dressed and it is NOT digitally altered like the worst images described in the emails. I think that image is the best explanation because it shows the lengths she goes to convey an image of prepubescence even before she edits her photos.

Her stated political positions around simulated child porn [Attachments 2-5] are

one reason I'm so furious in some of these communications. Attachments 2-4 are other users reacting to subject matter, and attachment 5 is her defending a producer of that subject matter and becoming offended at the idea of that content or producer being banned. She frames it as objecting on the basis that it belittles live victims of violent sexual abuse, but simulated materials are banned because they encourage actual offenders, and she has the education to know that. She's also expressing that her sexualization of minors and the features of minors is a product of being abused and various medical conditions, which makes engaging with her sexually even worse. Further detail around that situation, those activities, and the PROTECT act-banned simulated materials is contained in the Discord channel, and particularly some deleted channels.

DATED: 11/19/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581