

honeyghost 10/13/23, 11:23 PM
hewwo

## # 001-general-chat-falconomics-the-science-of-birds...



honeyghost 9/2/23, 12:10 AM
Hewwo



honeyghost 8/23/23, 8:51 PM
Hewwo

honeyghost 8/19/23, 12:26 AM
Hewwo



honeyghost 8/17/23, 9:06 PM
Hewwo



↩ *Message could not be loaded*

honeyghost 7/27/23, 7:03 PM
hewwo comrade



honeyghost 4/3/23, 12:51 AM
Hewwo welcome to feetpit chat



honeyghost 3/13/23, 2:19 AM
Hewwo