IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## EXHIBIT: EMAIL EXCHANGE WITH BERNARD'S MOTHER JANET

In the spring of 2024, I contacted Defendant's mother Janet Goldsmith because he was reiterating claims that I had hunted down her phone number and stolen money from her. In fact, what had happened is that I had posted a Gofundme that had been created by the Defendant himself, benefitting the Defendant himself, and his mother happened to be reading my tweets without my knowledge or involvement. She anonymously donated $100 to her son by these means. This event led to him accusing me of hunting down her phone number and stealing her money.

Initially, a behavior like that could seem like a mistake or delusion. But resolving it is as simple as asking her and hearing "no, that didn't happen". Instead of doing that, he kept accusing me of robbing her for over a year. So when he wouldn't stop, after about a year, I emailed her about it.

The result of this email exchange, though Janet yells at me for confronting her, is

the apology presented in Exhibit 10 from my amended complaint, dated April 25, 2024.

DATED: 11/19/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se

297 Turnpike rd. Apt 108

Westborough, MA 01581