DATED: 11/19/25                                         Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## DAILY VIDEOS REFERENCING THE CASE RECORDED BY DEFENDANT

I keep thinking he's going to stop now that the case is going, but he filmed another one and put it up after 5pm today. It is located at youtube.com/watch?v=j3-MGlWtfbE, with the rest of the videos located on his youtube channel there. I'm only about a minute and a half in, but he's already accused me of some type of blackmail and said that he "expects this to be a 'rest of my life' type problem".

I do not want this to become a "rest of my life type problem". When the case concludes and all the administrative aspects of it are resolved and finalized, I hope that included in whatever form of settlement the judge decides is appropriate will also be the strongest type of no contact, "never mention them again" restraining order available in this legal context.