IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCAS CONNOR, ) | |
| 297 Turnpike rd. Apt. #108 ) | |
| Westborough, MA 01581 ) | |
| Plaintiff, ) | Civil Action No. 4:24-cv-40127 |
| v. ) | |
| BERNARD GOLDSMITH ) | |
| 1113 Kent dr. ) | |
| Davis, CA 95616 ) | |
| Defendants. ) | |

## REQUEST FOR STATEMENT FROM JANET IF POSSIBLE

I'm very sick today and so I most likely won't be filing more than this today, apologies if anything comes up later that I miss. If possible though, would the court be willing or able to get a brief statement from Bernard's mother that answers one question?

He's lived with her throughout this case, and she is a lawyer herself. She's been helping him draft this, and as you have seen, I've emailed her about it. So she knows about the box in question, presumably has seen the exhibits and complaint, and presumably believes that the box contains blood as stated by her son.

Would the court be willing to get a statement from her about why she hasn't instructed her son to give the box in question to the police and report that as a crime? This is toward the aim of discovering how and why this wasn't possible to resolve peacefully a long time ago and outside of court.

DATED: 11/20/25                                             Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581