IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## CORRECTION AND DETAILS ABOUT BOX BEING REQUESTED

I should have asked for "production" of the box and not "preservation", and I hope that the court will be able to request the box and direct it to the appropriate authorities for inspection.

As you can see from exhibit 1 on the amended complaint, there are two key features of the box being requested as evidence to be examined by qualified professionals.

1. It is said by Defendant to have been unopened by him as of September 2024.

2. It has been in his possession since November 2022.

As sent, it contains nothing but Hot Hands Brand Handwarmers in their original waterproof, airtight plastic packets with clear and colorful branding imagery. Any report should include whether it's been opened and the likely date of the contents.

DATED: 11/21/25                                                          Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581