## IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

### NOVEMBER 22, 2025 VIDEO

Bernard's reply to my complaint seemed to me to be framing my reaction to his behavior as outrageous. Some of this reaction consisted of begging his mother or his sister to intervene. He has spent nearly three years torturing me, mocking me for suffering, using mobs as weapons, calling the cops or having someone call the cops to my apartment this week, and last night, threatening to lie in discovery.

Today in his video, between timestamp 24:51 and 26:16, located at youtube.com/watch?v=RY0lsJeLwEs, he describes understanding that being subjected to violence can bring out less than ideal behavior in a person. Specifically, he says this:

"They saw this in the concentration camps. It doesn't take much to turn a saint into an animal. That's just how human beings are built. Like, to think that there's somebody who can walk through the fire and not expose signals of pain or whatever,

that's just like idealism, that's like somebody who never could exist. There's nobody who walked around with their head in their hands after they were decapitated quoting scripture.

"No, what's going to happen is you're going to watch the morality around you break down as the material conditions do. Right? Morality is like one of those weird creatures that lives in a very abundant ecosystem, and once you start kicking out the stool legs that goes. You put a saint in a concentration camp and he'll fight with somebody for potato scraps.

"Right? That's not very sainted. That's a real confrontation of material fact. That's where the rubber meets the road. So I don't believe in these types of trials enhancing the character. I don't believe that man is dignified by indignities. I understand that there's some use in martyrs, but nobody's helped by just being traumatized."

I think that is a stunning amount of insight, but under the circumstances I'm a little sickened by it. There is another document that he asked for last night, which has 15+ attachments, but is a written account of some events I described in the original longer complaint. I think it goes toward establishing the level of intentional infliction of distress he's engaged in since 2023, but I feel like this clip conveys some of it in a more condensed way. I can provide the video in another format if that would be better.

DATED: 11/22/25                                                   Respectfully submitted,

                                                                  *Lucas Connor*

                                                                  Lucas Connor, Pro Se
                                                                  297 Turnpike rd. Apt 108
                                                                  Westborough, MA 01581