IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCAS CONNOR, ) | |
| 297 Turnpike rd. Apt. #108 ) | |
| Westborough, MA 01581 ) | |
| Plaintiff, ) | Civil Action No. 4:24-cv-40127 |
| v. ) | |
| BERNARD GOLDSMITH ) | |
| 1113 Kent dr. ) | |
| Davis, CA 95616 ) | |
| Defendants. ) | |

## UPDATE FROM DEFENDANT'S FOLLOWERS

This follower "Maggie May" wants to frame "telling social media followers what to do" as some kind of esoteric process [Attachments 1-2], and I suspect that she also doesn't know that Defendant or one of his other followers swatted me this week. Obviously we all understand the concept of "social media followers" and he's pictured in these exhibits facilitating threats from them and instructing any one of his followers who will listen to cause me problems. The fact that she feels involved seems to undermine the idea that the things he's told his followers aren't causing them to act toward me.

This is one reason that it's so urgent to resolve this and get the strongest no-contact, "never mention this person again ever" order in place. His followers have been selected for certain learning disabilities and a lack of critical thinking over time, and some of them genuinely don't understand that he might be lying. One of the things he has used

to filter people for these traits is the set of lies about me. He started claiming to have autism without a doctor's diagnosis after he realized it was common among the people his discord server was drawing in. He has also explicitly used various tactics to shape his audience for loyalty, as well as certain traits and values [Attachments 3-4].

DATED: 11/22/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581