# IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## HEALTH AND LONGER DOCUMENT

As described previously, my health is very bad. Usually I have at least one day a month where the pain is so bad that I might vomit and hallucinate. Sometimes my health problems are severe and disruptive. This week has had several days that are much worse than normal. The police will attest that when they showed up I looked kind of rough.

The longer document that Defendant requested, an affidavit that I wrote and that I swear is all true, is hosted on my own website but not linked publicly. It has 26 supporting documents in it and would take a while to upload properly. It describes the events of February 2023 and shows the extremity of some of his behavior toward me in support of the claim of Intentional Infliction of Emotional Distress. It also contains descriptions and evidence of a range of actual crimes though, so I hope that Your Honor will be willing to request the box from Defendant tomorrow and then review the other

claim including that document.

DATED: 11/23/25                                              Respectfully submitted,

                                                             /s/ Lucas Connor

                                                             Lucas Connor, Pro Se
                                                             297 Turnpike rd. Apt 108
                                                             Westborough, MA 01581