## IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCAS CONNOR, <br> 297 Turnpike rd. Apt. #108 <br> Westborough, MA 01581 <br> Plaintiff, <br> v. <br> BERNARD GOLDSMITH <br> 1113 Kent dr. <br> Davis, CA 95616 <br> Defendants. | Civil Action No. 4:24-cv-40127 |

## POLICE REPORT PENDING

I've requested a copy of the police report from 11/18/25 regarding the call by Defendant or one of his followers to my apartment for a "mental health check". I know the call was not by somebody in my vicinity because I live alone and I was having a nap when they showed up. They'll probably get that report to me tomorrow and I will file it when I receive it from them.

DATED: 11/24/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581