IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## UPDATE ON POLICE REPORT PENDING

I got the answering machine again today, the records person may be out for Thanksgiving. As soon as the report is available to me I will file it. I believe the court may also be able to request it from the Westborough Police department. The call was made to my address on 11/18/25 and they showed up around noon.

I hope that the police report can be obtained from Westborough and that the box can be brought to appropriate authorities in California for examination this week. I believe the Defendant is ready to deliver that box to those authorities as soon as he is instructed where to take it.

DATED: 11/25/25                                                              Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581