# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## LONGER DOCUMENT - "BOOK EXCERPT"

This is a document that was requested by the defendant in an email last week. It is a description written by me in 2024 of what happened in February 2023. It was written before some of the events involved in the lawsuit and well before it was filed. It's the only part that I wrote, there's no previous chapter or chapter after it even though it's presented as the middle of a book.

I wrote it out exactly as it happened, so I'm submitting it as an affidavit. It's not written to make me look good, it's a straightforward description of events because people kept asking. I know now that I should have let the police pick him up at that time. I believed that I was acting to prevent a violent encounter.

It should be noted that some of the attachments on this exhibit refer to "Lucas", but he's talking about Lucas Frerichs, the former mayor of Davis, and in one is texting Frerichs's wife Stacie. Defendant posted those text messages to the public himself.

This is something that I originally didn't intend to file because some of it is described in the first version of the complaint, so I thought it was too much detail. It's also possible that the description of interfering with him being 5150'd doesn't help my case, because maybe that's dirty hands or similar. But after reflection, I'm filing it because the other events it describes should be on the record in federal court.

Not just his offering to hire me as this woman's nanny, which I stated in the initial complaint is something I want in the Intentional Infliction of Emotional Distress claim. I feel like that's an intensely malicious thing to say to your poorer partner even if it's long distance. The way he treated me is outrageous, and it was only the beginning.

Not because of the drugs either. I feel like this needs to be on some kind of formal record in case he really was hired for a disinformation operation. I hope that gets followed up on in some way through appropriate channels. There is a lot more going on with him than seems obvious at first. I will also be filing documentation of a second incident, which is much shorter, when Bernie accidentally texted me and seemingly tried to launder money from someone named Peter. I swear all of this is true and exactly as it happened from my vantage point.

DATED: 11/28/25

Respectfully submitted,

Lucas Connor

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581