PREVIOUSLY:

I met Bernie Goldsmith as Falconry Finance in the spring of 2021. The first thing he told me is that he was bipolar and had lupus. My own illness was killing me quickly at the time, and he intervened with advice that saved my life. We became involved in quarantine, living on opposite coasts. In the fall of 2022, he abandoned his Sacramento-area apartment and ran off to Crescent City to live in a strip mall. Shortly thereafter, he started complaining about bone infections in his leg and both arms.

After the ER in this remote town turned him away, and after he had problems getting medication for his lupus, he decided he needed to change the address on his HMO to one in San Francisco. He started asking his fans and everyone if they had a place he could use for this insurance fraud. I myself begged everybody I could – I felt it was my responsibility to help because at that point it had been almost two years and we were planning to move in together.

He was desperate and living on a concrete floor in a commercial office, trying to source veterinary antibiotics. An aspiration biopsy had shown no infection [Attch. 1], which I kept reminding him and he didn't seem to believe, but he still needed to be looked at. I was losing sleep trying to find anybody who would give him a place. It seemed, from a distance, like he was dying of something.

This is the context in which the following happened.

CHAPTER 7: THE STRIPPER

One day, at the end of January, a woman introduced herself. She was using a brand new locked account [Attch. 2], which the next day only Bernie followed [Attch. 3], with a plain grey avatar. She was rich and wanted to let him use her apartment in San Francisco [Attch. 4]. He introduced her to the GC [Attch. 5] so we spoke a little bit [Attch. 6], but otherwise nobody would have known she existed, she was going out of her way to contact him without connecting it to anything else.

He told me about her and shared the details of his trip planning. His birthday was coming up on February 17th, and they were arranging travel for that week. They were going to fuck, but I wasn't stressed about that because she was offering to save his life. It seemed like a miracle. He thought she was a multi-millionare and he has no taste or scruples, so after about the first week he was talking about marrying her. He said "If I have kids with this lady, I'll hire you to be our nanny" [Attch. 7], so he clearly wasn't thinking straight. [Attch. 8]

We looked into her a little bit to see if she was on the level. He said she made her money in bitcoin, stripping, and going on dates with tech guys and using their stock tips. He showed me a website [Attch. 9] that he claimed was hers, but it was a totally generic template site [Attch. 10 and 11]. It was registered in Russia. ICANN didn't have it and I had to go look on the Russian version of ICANN. I can't find those screens right now but it linked back to a company that did something around restaurants, a group of a few brothers that had a string of restaurant-related businesses. Some months later I checked the URL and it was a similarly generic looking Chinese-language commerce site. Now there's nothing there.

[2025 update - Attch. 12 showing that I affirmed seeing this at the time and giving a name. Attch 13 showing that domain name linked to Russian language emails.]

On the 10th of February, Twitter poster Radmilk was shot and killed by police while he was wasted and threatening his wife. Around the 9th or 10th Bernard arrived at this woman's apartment.

He got there before she did and called me from inside. He said there were security cameras [Attch. 14] all over the place, and a locking room, like a vault, that contained a large number of handbags, possibly counterfeit or stolen.

She gets there and they talk. She breaks out a brick of cocaine [Attch. 15]. She likes to do it up her ass because her sinuses are so trashed, he said on the phone the boof applicator looked like something for "cat medication".

He did it the traditional way though, and found out why she preferred the asshole. It was like road dirt [Attch. 16], it was half pills and half dewormer. They had sex and he said it was bad, but later implied that he beat the shit out of her [Attch. 17]. While she was there, a train crashed in Ohio.

Bernie started posting about it and went viral. His follower count doubled nearly overnight from 20k to 40k. Even at the time I could tell they were mostly purchased. These tweets REALLY took off though, some appeared in videos by MTG [Attch. 18] and I think maybe Tucker Carlson. The AP called out the line he was spreading as a

Russian disinformation op at the time! [Attch. 19 and 20]

She left him in that apartment alone after a couple of days though. She had other places to be and he had medical appointments later in the week. He photographed himself with a bunch of cash, which she appears to have given him. [Attch. 21 and 22]

He was bored. The power kept going out and there was nothing to do but drink and break pieces off this brick she left on the table. And for a few days, that was fine.

On the 20th, the day before he was supposed to leave, he got agitated.

He started thinking about all the people who had wronged him in his hometown. He used to be on the city council, so he had personal grievances with the mayor. He started yelling at him [Attch. 23 and 24] in front of everybody, online, about how a dude named Ishar had kicked his ass on this mayor's porch and filmed it.

The mayor said he didn't know anything about it, which didn't satisfy Bernie, who kept threatening this guy until the chief of police emailed him. [Attch. 25]

Bernie knew him too, so he insulted the guy's wife [Attch. 26] and accused him of smoking meth with his cousin [Attch. 27]. He was posting the whole exchange to his 40,000 followers, cackling about how brilliant he was while the chief threatened to 5150 him. [Attch. 28]

Now remember, Radmilk had JUST been shot. I was weeks from moving in with this guy, we were planning to have kids, we'd been intimate [Attch. 29 and 30] for two years, and I thought he was dying. All I could see this ending in if nobody did anything was him getting shot. He wanted to fight, and he didn't stop for twelve hours. All I wanted was for him to get home safely, sober up, and get his medical treatment.

So I DM'd this lady my phone number [Attch. 31]. She called me right away, of course she was watching this on a security camera in horror. She thought she was going to get raided. She wanted to kick him out and send him to a hotel but she was in Washington.

I told her he was bipolar and he'd been sober for a year. I said the lupus medication he had just gotten interacted with alcohol and caused behavioral problems. I said it like this to kind of softly blame her, like "You shouldn't have given him alcohol but you couldn't have known", which worked and was enough for her to forgive him.

I realize now that I should have let him get picked up, but again, I was sure he would run at them or something and it would end in tragedy. So I wrote to the chief of police, whose email address was being posted to everybody in public. I told him that I and several other people were with Bernie in that apartment, and that we couldn't get his phone from him but that we'd keep him out of trouble and get him to bed. That satisfied the chief, even though I forgot my full name was on that email and misgendered myself, and he said that he'd drop it if Bernie would quit insulting his wife.

And Bernie did sober up and get home safely [Attch. 32]. He just had what he thought was a shrimp allergy that turned out to be facial herpes. And this stripper, who was very nice, she gave him a bottle of the fish antibiotics he'd been looking for, the veterinary aquarium medication.

But test after test kept showing that none of his bones were infected at all! They did blood tests, they did a biopsy, there was no infection! His leg hurt because he bruised it moving a freezer.

And that would be good news if your ego wasn't also bruised by overdosing in this stripper's apartment and getting rescued by the partner you're sick of.

Because the stripper gave him these fish antibiotics, and I had told him that she was wrong and he should wait for results that indicate using them, that meant they represented a connection to her, and he refused to believe any of the tests. So he's been taking random doses of fish antibiotics, up to five different types at once [Attch. 33], for the past year and a half now.

This was the beginning of our fight, me telling him she was wrong to give him the fish antibiotics. And one of the reasons I chased him was to tell him to stop taking them. But none of this is why I have been mad, that started two weeks later. In the next chapter he goes through withdrawals and starts a cult. [Attch. 34]