7:55 71%

(530) 908-3333

It'll be okay. Sorry you had an existential crisis, I know there's a lot going on. You'll be totally alright. I'm watching this now.

6:48 PM

Oh shit! Hahahaha! I did this contest!! The topic was "the constitution", I told them about Jose Padilla (for real)

7:11 PM

It's okay. It'll make up for saving my life, you earned it.

All even lol

7:26 PM

I love you.

I love you I love you.

I don't want someone else.

I want you.

7:47 PM

Oh!!

7:47 PM