**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## CONTEXT FOR DEFENDANT'S MARXIST PERSONA

This is context for some of Defendant's video content and cult organizing. He characterizes his group as a "Marxist" organization explicitly and a lot of his video content is about "Marxism". He is not a Marxist, and has in the past framed talking about Marxism as a means to accessing inexperienced and gullible victims. After he created this Discord server, he started calling himself "a Marxist" and dressing like that.

On June 3, 2021, a few months after we met, the Defendant spent around an hour expressing to me that "anyone who claims they have read Marx is a rapist." He said he was warning me of something that would 100% prevent rape on campuses.

At the time, I told him that I don't organize, let alone on campuses, because I was 35 at the time of that conversation. He would not listen and kept telling me, "You need to know this, anyone who claims they've read Marx is a rapist who is targeting college students. Nobody reads it outside of a PhD program. It is always a red flag." and so on.

Attached is some of that conversation.

DATED: 11/29/25

Respectfully submitted,

Lucas Connor

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581