https://x.com/messages/1136265425027772417-1329990373020553216

Home
Explore
Notifications
Messages
Grok
Communities
Premium
Verified Orgs
Profile
More
Post

High Altitude Alask...
@AspLovePolitics

## Messages

using marx

All | People | Groups | Messages

### Messages

UAE Exotic Falconry & Finance · Jun 3, 2021
Using Marx.

## UAE Exotic Falconry & Finance

Three volumes?

Is he splitting the atom?

Even that is done in twenty pages.

Jun 3, 2021, 8:21 PM

Right

Jun 3, 2021, 8:21 PM

Just look at the situation. That's what he did.

Jun 3, 2021, 8:21 PM

There's something about sunk cost, maybe just being a huge book makes people take it more seriously.

Jun 3, 2021, 8:22 PM

It's cargo cult shit

Jun 3, 2021, 8:22 PM

Put me in front of a person who has internalized Marx, by heart.

I'll humiliate them.

Jun 3, 2021, 8:25 PM

Type here to search
56°F Cloudy
11:36 AM
3/16/2025