https://x.com/messages/1136265425027772417-1329990373020553216

Home
Explore
Notifications
Messages
Grok
Communities
Premium
Verified Orgs
Profile
More

Post

High Altitude Alask...
@AspLovePolitics

## Messages

using marx

All | People | Groups | Messages

### Messages

UAE Exotic Falconry & Finance · Jun 3, 2021
Using Marx.

## UAE Exotic Falconry & Finance

But. I've organized hundreds of people. I've seen a lot. I see a pattern over and over again. Young men fronting with Marx, ending up rapists.

Jun 3, 2021, 8:47 PM

Literally one of these fuckers was sleeping at a sit in using das kapital as his pillow. He's a corporate consultant now. And always, forever, a rapist.

It's a red flag. There's no reason to read it outside a PhD program.

Jun 3, 2021, 8:48 PM

It's not only a red flag, it's a take this guy, isolate him, he's out.

Jun 3, 2021, 8:49 PM

Anybody who reads Marx?

I would just avoid organizing with students.

Jun 3, 2021, 8:50 PM

Anybody male who tells people he's read Marx, who isn't in a graduate program where that's appropriate, who is interacting with activists of his sexual orientation, yes.

56°F Cloudy
11:37 AM
3/16/2025