https://x.com/messages/1136265425027772417-1329990373020553216

Home
Explore
Notifications
Messages
Grok
Communities
Premium
Verified Orgs
Profile
More

Post

High Altitude Alask...
@AspLovePolitics

## Messages

organizing ten undergraduates

All | People | Groups | Messages

**Messages**

**UAE Exotic Falconry & Finance** · Jun 3, 2021
You're organizing ten undergraduates. Five cute, inexperienced girls. Five cute, inexperienced ...

## UAE Exotic Falconry & Finance

Now, I like guys over 40. So that solves this Das Kapital problem.

Jun 3, 2021, 9:01 PM

I'm seriously trying to tell you something that might prevent rape.

It's an easy tell

It's super easy

Jun 3, 2021, 9:02 PM

On me, or that I can use for my college work group?

I know the guys you mean, you're right.

Jun 3, 2021, 9:02 PM

Dude. Do not be obdurate to this.

I'm literally giving you a profile of someone who floats around your circles who is literally gonna be a rapist

It's 100% accurate

Jun 3, 2021, 9:03 PM

Type here to search

58°F Cloudy

11:46 AM
3/16/2025