IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## CLARIFICATION OF REMARKS CALLING THE SECURITY SITUATION "TORTURE" TO WATCH

When I said that watching the Defendant's daily videos and monitoring the security situation generated by his community was "torture", I left out some clarifying details because I was in intense physical distress, thought I might even be having a heart attack, and had to go lay down for six hours.

I didn't mean it's annoying to hear him complain. That's also true, but it's more than annoying. I'm watching him abuse an 80 year old woman while nobody helps her, including his sister. I'm watching him threaten his doctors and his mom's temple, and nobody is intervening day after day. I watch him talk about getting a fake employee lanyard to better blend in so he can hit on the 19 year old students at UC Davis, and nobody even objects. He stole $5000 in August, pretended to get robbed for $10,000, and the police will not respond to any part of it. The situation is dangerous for a range of

people, he is explicit about it, and my position is one where I have to watch it happen every single day because he also uses his platform to escalate against me, while neither his audience, his family, or law enforcement intervenes in his behavior.

It is psychological torture by any reasonable definition. I need to be able to step away from seeing this, and that will be facilitated by resolving the security situation. I know that the court is working as fast as it can and has issues of national importance before it, but local law enforcement or his family should have been stepping in at several points, such as the alleged robbery in August.

DATED: 12/9/25

Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581