**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

**DEFANDANT SHARING COURT FILINGS IN DISCORD AS IF HE DOES NOT BELIEVE HIS CLAIMS**

If I can move to hold him in contempt, I would like to do that too. If he thinks that this would be better resolved outside of court, that's his business, but I would prefer to handle this through official channels and get it resolved legally. We're defusing this situation, not participating in whatever escalation the Defendant is hoping to suggest.

DATED: 12/9/25

Respectfully submitted,

Lucas Connor

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581