Errors | The W | Curing | Ideas | If You' | Verifie | Natha | The 'D | ZOHR | How c | "Austi | 32nd | Austin | Frank | • Di

discord.com/channels/1081207968328060938/1128097443490308116

Sign in

UAE Exotic Falconry & Finance

UAE Exotic Falconry & Fina...

# talk-to-mr-falcon

Search

- general-chat-falconomics-the-sci...
- deep-state-parapolitics-conspiracy
- talk-to-mr-falcon
- plague-chat-covid
- drop-your-memes-and-pants
- the-collapse
- warzone
- weather-events
- trumpland
- cauldron

hidden-arcane-channel-archives

- birds-birds-birds
- littlest-guys-only-fungus-slugs-bu...
- falcosophy
- shotguns-direct
- mystic-shaman-ufos-higherdimen...

NEW UNREADS

**UAE Exotic Falconry & Finance** CCCP Yesterday at 6:54 PM



😂 2

@UAE Exotic Falconry & Finance CCCP *Click to see attachment*

**bleedinggrey** Yesterday at 7:00 PM

se7en voiceclip

**UAE Exotic Falconry & Finance** CCCP Yesterday at 7:04 PM

LMAO

Message #talk-to-mr-falcon

Type here to search

6°F Mostly clear

5:59 AM
12/9/2025