IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCAS CONNOR, | ) | |
| 297 Turnpike rd. Apt. #108 | ) | |
| Westborough, MA 01581 | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-40127 |
| v. | ) | |
| BERNARD GOLDSMITH | ) | |
| 1113 Kent dr. | ) | |
| Davis, CA 95616 | ) | |
| Defendants. | ) | |

## APPEAL OF DISMISSAL

In the order to dismiss the case, Judge Guzman says "Plaintiff has not submitted a formal opposition to the Motion to Dismiss to address Defendant's arguments." I was under the impression that filing evidence that directly disproves the claims in it was a formal opposition. I directly addressed many of the claims in his motion to dismiss with supporting documentation.

The case was allowed to proceed on the basis of the amended complaint. Defendant's motion to dismiss mainly lied about me and showed that I was emailing his family to try and resolve the problems he was causing. The defendant's motion to dismiss did not introduce any information that should have changed the way jurisdiction or the case is perceived, except to show how dishonest and malicious he's been and for how long.

If it is the court's judgement based on the evidence that I did in fact mail him

blood, then please tell us how to proceed in terms of getting the case before a criminal court, because that is a felony. The defendant has so far declined to report this horrible felony to the police, so we need to report it for him and press those charges until he gets justice. Blood is very dangerous and mailing it is a horrifying abuse of our postal system, so if it happened I need to be in prison or whatever the punishment is.

If the court is willing to reopen the case on the same basis that it was opened with the amended complaint, given that the motion to dismiss mainly only added false statements and showed that his family is unwilling to help him get justice even when the allegation is being mailed blood by a stalker, the following steps will be simple, because the claims in the case and much of the broader security situation can be resolved by obtaining that box.

As for the $76,000, the direct material losses add up to maybe $1-3 thousand, but when we calculate damages we also include things like lost earnings. Even if you leave aside his own statements on the financial benefits of being involved with his group and being able to rely on them for "mutual aid", which he frames as of substantial monetary value over time and a potential source of work, there's also the opportunity cost involved in losing face with all my potential future work contacts because for two years I was cool with him and they followed him, and now they think I imagined a relationship and mailed him menstrual blood.

I know that emotional damages are hard to calculate, but the damages here are so extensive that I don't anticipate ever dating again. I have never had a problem in a relationship like this because I don't tolerate being hit or the precursors to that. I have an extensive history of normal romantic interactions with reasonable men. This was functionally the last relationship I'm going to have, because the way he lied to me about

being interested and fooled me means that I won't have a way to believe it next time somebody approaches me. He had me fooled for two years before he started this. It has now been nearly three years of him trying to hurt me, sometimes in ways explicitly intended to be lethal, for not wanting to hook up with a girl who dresses like she's five. That is more than $75,000 worth of suffering if we can put any dollar value on being able to live a life.

    Obtaining the box from the defendant and getting a legally certified account of what is in it would go a long way toward resolving the security situation, not only by taking the box from him and clarifying to his carefully-selected followers that his statements were false, but also by making it clear to him that it doesn't pay off to lie and use an audience as a weapon. What the Defendant in this case is doing is exactly the same thing that Candace Owens is doing to Macron, except that I cannot afford the same legal defense. Please accept the evidence that I filed that he lied in the motion to dismiss, which constituted the substance of a response that I didn't know I should have filed a specific form for.

DATED: 12/10/25                                                             Respectfully submitted,

*Lucas Connor*

Lucas Connor, Pro Se
297 Turnpike rd. Apt 108
Westborough, MA 01581