UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Connor v. Goldsmith et al

District Court Number: 4:24cv40127-MRG

Fee: Paid? Yes ____ No __X__  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No __X__         Sealed documents   Yes ____ No __X__
*If yes, document #* _____            *If yes, document #* _____

*Ex parte* documents   Yes ____ No __X__      Transcripts   Yes ____ No __X__
*If yes, document #* _____            *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:

#54 Memorandum and Order, #55 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#54, #55, and #56

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __56__ filed on __December 10, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __December 15, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**